IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No: 00-2426 (GMS)<br>Jointly Administered |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>Plaintiffs,<br>vs.<br><br>DELL COMPUTER CORP., et al.,<br><br>Defendants. | Civil Action No. 04-582 (PJW)<br><br>Adversary No: 02-3499 (PJW) |

### NOTICE OF SERVICE

I, Patricia P. McGonigle, Esquire hereby certify that on the 30th day of March 2005, a copy of **Defendant Dell Computer Corporation's Objections and Responses to Plaintiff's Third Set of Interrogatories to Defendant** were served upon counsel of record as noted below:

Earl M. Forte, Esquire           (Via Facsimile and U. S. Mail)
Blank Rome, LLP
One Logan Square
Philadelphia, PA  19103-6998

                                                SEITZ, VAN OGTROP & GREEN, P.A.

By: _____
Patricia P. McGonigle, Esq.
Delaware State Bar No. 3126
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600
FAX (302) 888-0606

Dated:  March 31, 2005

47338 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 31st day of March 2005, a copy of the foregoing Notice of Service was served on counsel of record as follows:

*Via First Class Mail*
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103-6998

*Via First Class Mail*
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
 & Weintraub, P.C.
919 North Market Street, Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

_____
PATRICIA P. MCGONIGLE (DE 3126)

44877 v1