UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.,<br><br>Debtors | Chapter 11<br><br>Bankruptcy Case No. 00-2426(PJW) |
| INACOM CORP., et al.<br><br>Plaintiffs<br>v.<br><br>DELL COMPUTER CORP.<br><br>Defendants | Civil Action No. 04-CV-582 (GMS) |

### ORDER GRANTING DELL, INC.'S REQUEST FOR JURY TRIAL

Upon the motion of Defendant, Dell, Inc. f/k/a Dell Computer Corp. ("Dell") for a trial by jury on all issues triable of right by jury, pursuant to Federal Rule of Civil Procedure 39(b), the Court being otherwise duly and sufficiently advised does hereby ORDER, ADJUDGE and DECREE that Dell, Inc.'s Request for Jury Trial be GRANTED.

Dated this ____ day of _____, 2005.

_____
The Honorable Judge Gregory M. Sleet
United States District Court Judge

48116 v1