IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., *et al.*, ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| _____ ) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | |
| ) | Civil Action no. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I, Elio Battista, Jr., counsel to Plaintiff in the above-captioned adversary proceeding, hereby certify that on the 19th day of May 2005 that I caused true and correct copies of the attached Plaintiff's Opposition to Dell's Request for Jury Trial to be served upon the parties named below in the manner indicated.

**US MAIL AND FACSIMILE**

Sabrina L. Streusand, Esquire
G. James Landon, Esquire
Hughes & Luce, L.L.C.
111 Congress Avenue, Suite 900
Austin, TX 78701

**HAND DELIVERY**

Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1520
P.O. Box 68
Wilmington, DE 19899

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19899

*/s/ Elio Battista, Jr.*
_____
Elio Battista, Jr.

-5-