# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: INACOM CORP., et al. | Bankruptcy Case No: 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS<br>(Original filed in this Action)<br>Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-03960 PJW |

## CERTIFICATE OF SERVICE

I, Rolanda L. Mori, being duly sworn according to law, deposes and says that I am an employee of the law firm of Pachulski, Stang, Ziehl, Young, Jones, & Weintraub, P.C. and that on this 27th day of May, 2005, I caused a copy *Response to Duff & Phelps/Sasco Hill Advisors,*

*Inc., Valuation Analysis* be served upon the following individuals in the following manner, via Federal Express, overnight delivery or electronic mail as indicated on the attached Service List.

Dated: May 31, 2005

                                    Yolanda L. Mori

State of California    )
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 31st day of May, 2005 by Roland L. Mori, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public
My Commission Expires: 11/27/05

MELISA DESJARDIEN
Commission # 1327770
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2005

Via Federal Express and Electronic Mail
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

Via Federal Express and Electronic Mail
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.`
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Via Federal Express and Electronic Mail
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

Via Federal Express and Electronic Mail
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

Via Federal Express and Electronic Mail
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

Via Federal Express and Electronic Mail
*(Counsel for Statutory Committee Of Unsecured Creditors in action against Dell Corporation*
Earl Forte, Esq.
Blank, Rome, Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103-3998

Via Federal Express and Electronic Mail
Cecily Dumas, Esq.
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA 94111


Via Federal Express and Electronic Mail
James Landon, Esq.
Hughes & Luce
111 Congress Avenue, Suite 900
Austin, TX 78701