## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **INACOM CORP., et al.,** | **Bankruptcy Case No. 00-2426(PJW)** |
| **Debtors** | |
| **INACOM CORP., et al.** | |
| **Plaintiffs** **v.** | **Civil Action No. 04-CV-582 (GMS)** |
| **DELL COMPUTER CORP.** | |
| **Defendants** | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of H. Robert Powell of the law firm of Hughes & Luce, LLP, to represent Defendant

Dell, Inc. f/k/a/ Dell Computer Corp. in the above matter.

SEITZ, VAN OGTROP & GREEN, P.A.

BY: _____
PATRICIA P. MCGONIGLE (DE 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
(302) 888-0600
Attorneys for Dell, Inc.
pmcgonigle@svglaw.com

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____    _____
United States District Court Judge

48532 v1

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State

of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in preparation or course of this action. I

also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that the annual fee of $25.00:

        ☐    has been paid to the Clerk of Court

        ☒    will be submitted to the Clerk's Office upon the filing of this

motion.

BY: _____

H. Robert Powell
HUGHES & LUCE, LLP
111 Congress Avenue, Suite 900
Austin, TX 78701
Tel: 512.482.6800
Fax: 512.482.6859

DATED: _6 - 8 - 05_

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 9th day of June 2005, I electronically filed the *Motion and Order for Admission Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record:

> Elio Battista, Jr., Esquire
> Blank Rome LLP
> 1201 Market Street, Suite 800
> Wilmington, DE 19801
>
> Laura Davis Jones, Esquire
> Pachulski, Stang, Ziehl, Young, Jones
>   & Weintraub, P.C.
> 919 North Market Street, Suite 1600
> P. O. Box 8705
> Wilmington, DE 19899-8705

I also certify that I have served a copy on counsel via United States Mail, postage prepaid, as follows:

> Earl M. Forte, Esquire
> Blank Rome, LLP
> One Logan Square
> Philadelphia, PA 19103-6998

/s/ *Patricia P. McGonigle*

PATRICIA P. MCGONIGLE (DE 3126)
pmcgonigle@svglaw.com

48584 v1