IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INACOM CORP., et al.,<br>         Debtors. | Chapter 11<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al.,<br>         Plaintiff,<br>   v.<br>TECH DATA CORPORATION,<br>         Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al.,<br>         Plaintiff,<br>   v.<br>DELL COMPUTER CORPORATION,<br>         Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.,<br>         Plaintiff,<br>   v.<br>LEXMARK INTERNATIONAL, INC.,<br>         Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al.,<br>         Plaintiff,<br>   v.<br>INGRAM ENTERTAINMENT, INC.,<br>         Defendant. | Civil Action No. 04-CV-593 (GMS) |

**NOTICE OF SERVICE**

I, Daniel B. Butz, hereby certify that on June 10, 2005, copies of the Hewlett-Packard Company's Supplemental Disclosures Pursuant To Rule 26(e) Of The Federal Rules Of Civil Procedure were served upon those parties identified on the attached service list in the manner indicated.

Dated: June 24, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL


   /s/ Daniel B. Butz
MORRIS, NICHOLS, ARSHT & TUNNELL
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
One Maritime Plaza, Suite 2475
San Francisco, CA  94111
(415) 834-3800

 Attorneys for Third-Party Defendant
 Hewlett-Packard Company

471507

2