UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>    Plaintiffs<br>v.<br><br>DELL COMPUTER CORP.<br><br>    Defendant | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.<br><br>    Plaintiffs<br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>    Defendant | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al.<br><br>    Plaintiffs<br>v.<br><br>INGRAM ENTERTAINMENT INC.<br><br>    Defendant | Civil Action No. 04-CV-593 (GMS) |

DEFENDANTS' MOTION TO EXCLUDE THE
EXPERT TESTIMONY AND REPORT OF STUART A. GOLLIN

SL1 564521v1/004907.00003

Defendants Dell Computer Corp. ("Dell"), Lexmark International, Inc. ("Lexmark") and Ingram Entertainment Inc. ("Ingram") (collectively "Defendants") move the Court to exclude the proffered expert testimony and report of Mr. Stuart A. Gollin because they are not sufficiently reliable and relevant to satisfy the standards of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), as made applicable to non-scientific expert testimony by *Kumho Tire Company v. Carmichael*, 526 U.S. 137 (1999).

In support of this motion, Defendants rely on their attached Opening Memorandum In Support Of Defendants' Motion To Exclude The Expert Testimony And Report Of Stuart A. Gollin. A proposed order is tendered.

Dated: August 15, 2005

Respectfully submitted,

*[signature]*          *[signature: Patricia P. McHoyl with permission by JLB]*

Thomas G. Whalen Jr. (No. 4034)     Patricia P. McGonigle (No. 3126)
Stevens & Lee, P.C.                       Seitz, Van Ogtrop & Green, P.A.
1105 North Market Street, 7th Floor    222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801          P.O. Box 68
Tel.: (302) 425-3307                     Wilmington, Delaware 19899
                                           Tel.: (302) 888-0600

and

Culver V. Halliday                      and
Emily L. Pagorski
Stoll, Keenon & Park, LLP             Sabrina L. Streusand
2650 AEGON Center                  G. James Landon
400 West Market Street               Texas State Bar No. 11701700
Louisville, Kentucky 40202-3377     Hughes & Luce, L.L.P.
Tel.: (502) 568-9100                    111 Congress Avenue, Suite 900
                                           Austin, Texas 78701
                                           Tel.: (512) 482-6800

Attorneys for Defendant
Lexmark International, Inc.              Attorneys for Defendant
                                           Dell Computer Corp.

*[signature: Thomas A. Macauley with permission by JLB]*

Thomas G. Macauley (No. 3411)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400

and

Jonathan P. Hersey
Sheppard, Mullin, Richter & Hampton, LLP
600 Anton Blvd., 18th Floor
Costa Mesa, California 92626
Tel.: (714) 513-5100

Attorneys for Defendant
Ingram Entertainment Inc.

3

SL1 564521v1/004907.00003