

**Weiser** LLP
Certified Public Accountants

135 West 50th Street
New York, NY 10020-1299
Tel 212.812.7000
Fax 212.375.6888

www.mrweiser.com

United States Bankruptcy Court

District of Delaware

Bankruptcy # 00-024V6-PVW

Inacom Corp.

Expert Witness Report of

Stuart A. Gollin, CPA, CIRA

April 29, 2005



DEPOSITION
EXHIBIT

This Report may be revised, updated or supplemented based upon further

discovery and the reports of other experts.

Respectfully submitted,

Stuart A. Gollin

April 28, 2005

## INACOM

### 1. Description of engagement:

We have been asked to assist you in helping to explore "ordinary business terms" as defined in Bankruptcy Code Section 547(c)(2)(C). You have asked us to analyze the issue from the creditor's perspective, rather than from that of the debtor. The following will outline the work that Weiser has performed in preparing a database to determine the components of the "ordinary business terms" defense.

Inacom was a single-source provider of information technology services and products designed to enhance the productivity of information systems primarily for Fortune 1000 clients. The Company offered a comprehensive range of services to manage the entire technology lifecycle including: technology planning, technology procurement, technology integration, technology support and technology management. Inacom sold its services and products through a marketing network of approximately 90 business centers owned by the Company throughout the United States that focused on serving large corporations. The Company had international locations in Central America, South America and Mexico and international affiliations in Europe, Asia, the Caribbean, Middle East, Africa and Canada. Inacom filed Chapter 11 bankruptcy on Friday, June 16, 2000.

The objective of the engagement was to gather information on actual practices and written accounts payable and receivable policies in the following markets:

- Computer Hardware
- Computer Software
- Telecommunications Hardware and Services

### 2. Conclusions:

Approximately 69.7% of account payments are made within the invoice contract terms, and 90% are made in the 30-day window and current. It appears that most of the companies that we looked at had general rules that payments on accounts payable were to be made within the applicable payment terms. It appears that it is the exception when payments are made outside of terms. Generally speaking, we conclude that ordinary industry practice reveals mostly current payment with some slippage to 30 days past due.

### 3. Description of work performed:

The information available was limited, and at times, time consuming and difficult to obtain. It took hours of investigation, calling, interviewing and analyzing responses.

First, we documented the businesses that Inacom and each of the preference defendants were engaged in (see Schedules 1 and 2). Industries in the Technology Sector included: communications equipment, computer hardware, computer networks, computer peripherals, computer services, computer storage devices, electronic instruments and controls, office equipment, scientific and technical instruments, semiconductors, and software and programming.

Next, we conducted a thorough search of Weiser clients in similar industries as the preference defendants. Partners in charge of specific clients were contacted and asked to communicate with

their clients to determine the clients' receivable and payable practices. Clients were contacted and interviewed. The clients were asked various questions that related to the database build up (see Schedule 4). We documented the outcome of the result for potential further industry analysis.

We also contacted partners of our affiliates at Moores Rowland International with offices in the largest cities in the U.S. We interviewed them about their clients and the industries under review. Some of the clients of the associated accounting firms of Weiser came forward and assisted us in our analysis of their receivable and payable practices. These clients of our associates were asked various questions, similar to the initial questions we asked our clients, relating to the database build up. After they were interviewed, we scheduled the outcome of the result for a further and more inclusive industry analysis.

We also availed ourselves of Dun & Bradstreet services (see Schedule 2). We analyzed D&B information reports for each of the preference defendants. The reports were very useful in obtaining an overall understanding about the companies, their industries and their competitors. We also analyzed D&B payment analysis reports for a number of companies in the defendants' industries. We created a database with the information provided in the D&B reports, from a total of 38 companies, based on a total of 11,692 confirmed records, averaging approximately 108 records per company. These reports gave us a better understanding of an industry's payable terms and actual practices that the companies have been employing. (Schedule 3 represents the detail underlying the D&B reports that were analyzed.)

We also worked with a technology and finance team, Strategic Consulting & Research Group ("Strategic") located at 625 Avenue of the Americas, New York, NY 10011. Strategic was engaged by Weiser LLP to communicate with companies in the targeted industries and conduct oral research of receivable and payable practices. Strategic was given a list of questions (see Schedule 5), which was determined by Weiser LLP. Under our supervision, Strategic polled, researched and interviewed the companies which were in the industries in question. Under our supervision, Strategic accessed and polled clients of their affiliates around the country. Together with Strategic, we researched the various industries and their particular credit/ordinary payment histories. We then compiled all of the information into a detailed report that could be used to analyze and test the "ordinary" practice information described above (see Schedule 6).

The initial search amounted to 326 clients from about 30 various industries. After a review, we were able to narrow our search to 94 clients that directly relate to the industries in question. Of these 94 client responses, we filtered out those who were out of business, not willing to communicate their receivable and payable practices, and no longer clients of Weiser. We then developed a list of target companies and prepared discussion guides based on the objectives of the engagement. The interviews were conducted with financial executives or accounts payable/receivable personnel within the target companies.

We hypothesized that accounts payable and receivable credit terms may vary from industry to industry and company to company, and that a company's actual practice may deviate from its written policies. The data gathered helped us to better understand whether businesses in specific markets differentiate their accounts payable and receivable terms by customer based on size, volume, financial situation, or a combination of these criteria. Key information uncovered included specific company accounts payable

and receivable policies and practices, and insight into whether or not these policies adhere to industry best practices.

We completed a total of 64 interviews of the 89 companies we attempted to contact. The detail of the companies surveyed and the survey results can be found in Schedule 7. Because of confidentiality, the respondents' data have not been directly linked to the companies. We listed the companies interviewed in alphabetical order at the top of each section and presented their responses in order of revenues. Sources of this revenue data were taken from the most recent financial profiles found in Hoover's Online and Dun & Bradstreet's Million Dollar Database in November 2003.

4. **Qualifications and background:**
Refer to attached resume (see pages 4 and 5).

4. **Qualifications and Experience:**



## Stuart A. Gollin, CPA, CIRA
## Partner, Bankruptcy and Insolvency Services

**Practice Strengths**
Stuart Gollin possesses over thirty-five years of experience in business turnarounds, bankruptcy and insolvency, litigation support and forensic accounting, finance, mergers and acquisitions, structuring and restructuring of financial instruments, financial accounting and reporting, SEC matters, financial planning and control, and auditing. Working extensively with creditors, debtors, equity holders, attorneys, and bankruptcy trustees, Mr. Gollin has performed extensive consultations on financial, damage, and operational analyses, malpractice issues, business valuations, forensic accounting, and negotiation of settlement offers. In addition, he has assisted clients in the buying and selling of companies and the reorganization and restructuring of debt.

**Licenses**
Certified Public Accountant, New York
Certified Public Accountant, New Jersey
Certified Insolvency and Reorganization Advisors

**Education**
BBA, Accounting, City College of New York

**Affiliations**
American Institute of Certified Public Accountants
New York State Society of Certified Public Accountants
New Jersey State Society of Certified Public Accountants
National Association of Accountants
National Retail Merchants Association
Association of Insolvency Accountants
American Bankruptcy Institute
Turnaround Management Association

**Recent Achievements**
Who's Who in America
Who's Who in Business

**Frequent article contributor and lecturer**

ENTERPRISING MINDS

4



# Stuart A. Gollin, CPA, CIRA
## Partner, Bankruptcy and Insolvency Services

**Industry & Case Experience**

Morgan Lewis Cogan – Ch 11 Preference Action
Rattet Pasternak – Assignee Of Panoramic Estate –Preference Matters
Proskauer – DIP Lender In Boundless
Balmoral Financial Corp – Bankruptcy Collection
Pachulski Stang – Various Preference Matters
Hibridge-Zwern Fund – Due Diligence
Solomon Green – Mag Corp- Preferences
Worsmer Kiley – Sudano Et Al – Ch 11 Trustee
Jesco – Represented Ch 11 Trustee, Francis Conrad In Various Recovery Actions
NCFE – Analysis Of Securitization For The Pre-Petition Secured Bond Committee
Bleyer Industries – Workout
Parker Chapin Flattau & Klimpl – Lerner Stores, The Limited V. Touche Ross, Oliver Stores – Litigation Consulting
Artha Management – Real Estate – Litigation Consulting
Vladick Waldman – Long Island Lighting Company (testified Eastern District New York) – Litigation Consulting
Wolf Haldenstein Adler Freeman & Herz – Regina v Peat Marwick (deposed) – Litigation Consulting
Bass & Ullman – National Organic – Litigation Consulting
Tenzer, Greenblatt, Fallon & Kaplan – Statewide Bank – Litigation Consulting
Glass & Howard – Sylans Jewelry – Litigation Consulting
Dryer and Traub – Colby Construction – Litigation Consulting
Berlack, Israels & Liberman – Hecks, Todd Ship Yard – Litigation Consulting
Kaye, Scholler, Fierman, Hays & Handler – Live Entertainment – Litigation Consulting
Barry Berman – Cornwall Securities – Litigation Consulting
Wilson, Elser, Moskowitz, Edelman & Dicker – Crazy Eddie, Potvin, Stoll – Litigation Consulting
Bodian & Earned – Drexel, Edrei Communications – Litigation Consulting
Shearman & Sterling – Citispire – Litigation Consulting
Cadwalader, Wickersham & Taft – Unilever v. Ernst & Young – Litigation Consulting
Caplan & Drysdale – Banco Popular – Litigation Consulting
Consolidated Edison – Various Litigation Engagements – Litigation Consulting
Cravath Swaine & Moore – Food Services – Litigation Consulting
Parker Duryee Rosoff & Haft – Erlich Divorce – Litigation Consulting
Eisenberger & Golden – Harvard Knitwear – Litigation Consulting
Quirk & Bakalor- United Airlines, Lockerbee, American Airlines, Con Edison
Aeroflot-Arbitration

## SCHEDULE 1

**Inacom Corp.**

**Business Description:** Provided IT services and products designed to enhance the productivity of information systems primarily for Fortune 1000 clients.

**Services Include:**

Technology planning: determined standard hardware technology, application software, operating system software, and networking platforms.

Technology procurement: coordinated the technology purchase process, requisitioned technology products, processed, tracked, and reported on the status of orders, customized hardware and software configurations, direct deployment to clients' desktops, and shipment tracking.

Technology integration: the Company had products and services available to assist, design and support clients' wide area networks and local area networks and to manage software procurement and license control.

Technology support: the Company provided its clients ongoing support in their distributed technology systems primarily in two major areas: break/fix hardware maintenance and installation, moves, additions and changes.

Technology management: the Company provided technology management services that assessed the current state and future needs of a clients' distributed technology network to maximize the value of the client's investment in its networked systems.

As a single-source provider of information technology services and products, the Company had strived to help its clients optimize their information technology investments and control ongoing costs throughout the entire lifecycle of the clients' technology systems. The Company combined a process improvement approach along with tools and practices gained by experience and trained personnel to assist its clients in managing the entire lifecycle and costs of distributed technology. The Company distinguished itself by being a client advocate, offered manufacturer-independent recommendations to clients that helped clients gain more value and achieve the desired return on investment from their complex and critical distributed technology infrastructure. Inacom demonstrated a leadership position as the largest provider of Intel-based computer systems in North America, the largest provider of IBM, Compaq and Hewlett-Packard PC technologies worldwide and the largest provider of Lucent Technologies communications services worldwide.

6

**Competitors:**

International Business Machines Corp.
Electronic Data Systems
Accenture Ltd.
AT&T Corp.
Lucent Technologies Inc.
CompuCom Systems, Inc.
General Electric Company
Computer Associates International, Inc.
Unisys Corporation

## SCHEDULE 2

D&B reports for all of the entities listed below:

Aqua Systems Inc.
Bell South Corporation
Cisco Systems Inc.
Computer Merchant Ltd.
Cummins Rocky Mountain LLC
Express Technologies
Inacom Corp.
Ingram Micro
Lexmark International Inc.
Mach 1 Air Services Incorporated
Nextel Communications Inc.
Origin Micro Inc.
Philips Electronics North America Corp.
Resilien Inc.
Sun Microsystems Inc.
Synnex Information Technologies Inc.
Tech Data Corporation
Unisys Corporation
United Parcel Services Inc.
Verizon Wireless Inc.

We have obtained the "Detailed Payment History" of each D&B report and analyzed the data.
Most of the reports go back only a few months; they do not represent a population sufficient for
us to form an opinion on the information.

The D&B report of Inacom Corp. did not contain any information on payment history. We also
prepared an "Industry Billing Database" based on the D&B reports.

**SCHEDULE 3**

**Telecom Companies**

| | Total Rec'd # | Dollar Amount $ | % within Terms | Slow 1-30 % | Slow 31-60 % | Slow 61-90 % | Slow 91+ % |
|---|---|---|---|---|---|---|---|
| Sprint | 743 | 27,740,950 | 54.80% | 16.80% | 5.40% | 2.00% | 20.90% |
| Cisco | 520 | 88,248,700 | 88.70% | 8.00% | 1.50% | 1.30% | 0.50% |
| NII Holding | 49 | 1,433,200 | 31.30% | 32.80% | 2.50% | 8.30% | 25.10% |
| Bell South | 119 | 1,894,400 | 27.00% | 40.40% | 31.20% | 0.30% | 1.00% |
| AT & T | 824 | 64,991,300 | 58.70% | 34.40% | 1.50% | 2.60% | 2.70% |
| Comcast | 101 | 1,421,700 | 50.10% | 44.30% | 4.90% | 0.40% | 0.30% |
| Cox | 638 | 14,240,150 | 64.40% | 23.30% | 8.20% | 3.60% | 0.50% |
| **Total** | **2994** | **199,970,400** | | | | | |
| **Average** | **428** | **28,567,200** | **54%** | **29%** | **8%** | **3%** | **7%** |

**Computer Hardware Companies**

| | Total Rec'd # | Dollar Amount $ | % within Terms | Slow 1-30 % | Slow 31-60 % | Slow 61-90 % | Slow 91+ % |
|---|---|---|---|---|---|---|---|
| Compaq Computer | 476 | 73,922,150 | 68.40% | 22.20% | 4.70% | 0.30% | 4.50% |
| Ikon | 842 | 13,872,200 | 60.00% | 28.20% | 4.70% | 2.70% | 4.40% |
| Hewlett Packard | 18 | 240,550 | 49.30% | 0.30% | 0.00% | 45.80% | 4.50% |
| Allin | 21 | 20,150 | 60.20% | 38.80% | 0.00% | 0.70% | 0.30% |
| Dell | 301 | 119,136,450 | 69.50% | 21.90% | 8.10% | 0.30% | 0.20% |
| Tech Express | 18 | 12,550 | 79.70% | 11.90% | 5.00% | 3.00% | 0.40% |
| Resilien | 61 | 1,151,250 | 90.80% | 7.70% | 1.10% | 0.30% | 0.10% |
| Synnex | 214 | 65,194,250 | 94.50% | 3.30% | 1.40% | 0.10% | 0.70% |
| Cummins | 190 | 1,173,000 | 76.20% | 17.20% | 4.70% | 1.40% | 0.40% |
| Unisys | 650 | 18,070,650 | 65.60% | 24.00% | 4.00% | 3.60% | 2.70% |
| Philips | 839 | 31,737,900 | 71.10% | 17.20% | 7.60% | 2.10% | 2.00% |
| Aqua | 30 | 2,315,200 | 79.60% | 20.30% | 0.00% | 0.00% | 0.00% |
| Origin Micro | 15 | 67,100 | 60.70% | 39.30% | 0.00% | 0.00% | 0.00% |
| Sun Micro | 354 | 26,418,100 | 81.80% | 14.70% | 2.40% | 0.90% | 0.30% |
| Lexmark | 203 | 14,319,200 | 44.90% | 51.60% | 1.90% | 1.20% | 0.40% |
| Tech Data | 228 | 77,574,300 | 88.70% | 8.70% | 2.10% | 0.20% | 0.10% |
| Advanced micro devices | 326 | 21,955,350 | 64.50% | 23.90% | 4.20% | 2.60% | 4.80% |
| Affiliated Computers | 468 | 14,247,700 | 52.30% | 17.40% | 19.00% | 4.00% | 7.40% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Analog Devices | 416 | 4,471,200 | 86.30% | 9.60% | 2.40% | 1.20% | 0.50% |
| Applied Materials | 353 | 25,248,750 | 62.90% | 28.00% | 5.60% | 1.60% | 2.00% |
| Diebold | 627 | 6,077,750 | 76.50% | 16.40% | 4.10% | 2.20% | 0.80% |
| Gateway | 31 | 93,650 | 85.50% | 14.50% | 0.00% | 0.00% | 0.00% |
| IBM | 830 | 98,057,700 | 60.00% | 21.00% | 7.00% | 4.00% | 8.00% |
| **Total** | **7511** | **615,377,100** | | | | | |
| **Average** | **327** | **26,755,526** | **71%** | **20%** | **4%** | **3%** | **2%** |

## Computer Software Companies

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Comp. Merchant | 29 | 724,500 | 84.70% | 11.10% | 3.50% | 0.70% | 0.00% |
| Ingram | 354 | 134,456,100 | 80.00% | 12.70% | 5.30% | 1.80% | 0.20% |
| Adobe | 100 | 1,857,450 | 62.40% | 18.00% | 12.90% | 0.00% | 6.70% |
| BMC Software | 164 | 4,046,600 | 87.40% | 3.10% | 0.90% | 7.70% | 1.00% |
| Electronic Arts | 100 | 6,219,650 | 91.10% | 7.80% | 5.00% | 7.00% | 0.00% |
| EMC Corp. | 388 | 26,905,450 | 83.50% | 11.30% | 3.70% | 0.90% | 0.50% |
| Fidelity Information Services | 29 | 107,650 | 78.80% | 6.00% | 5.90% | 1.20% | 8.00% |
| Spin Circuit | 29 | 107,650 | 79.00% | 6.00% | 6.00% | 1.00% | 8.00% |
| **Total** | **1193** | **174,425,050** | | | | | |
| **Average** | **149** | **21,803,131** | **81%** | **10%** | **5%** | **3%** | **3%** |

10

**SCHEDULE 4**

List of Questions for Database Build-Up:

1.   What are the payment terms as per entity's invoice to their customers?

2.   Is it a common practice for their industry to get paid or pay someone outside of the invoice date?

3.   What are the payment terms as per entity's bills from their vendors?

4.   Are they getting paid timely?  If not, what is the standard for the industry on paying the bills?

5.   Are there any special deals that the company may offer to various customers?

6.   Are there any special deals that the company may offer to various customers that are facing financial difficulty?

7.   Are there different sets of credit terms, based on the size of the customer?

8.   Receivable, what are the actual receivable terms?

**SCHEDULE 5**

List of Questions for Strategic Consulting & Research Group Survey:

1.    What are the payment terms as per entity's invoice to their customers?

2.    Is it a common practice for their industry to get paid or pay someone outside of the invoice date?

3.    What are the payment terms as per entity's bills from their vendors?

4.    Are they getting paid timely?  If not, what is the standard for the industry on paying the bills?

5.    Are there any special deals that the company may offer to various customers?

6.    Are there any special deals that the company may offer to various customers that are facing financial difficulty?

7.    Are there different sets of credit terms, based on the size of the customer?

8.    Receivable, what are the actual receivable terms?

**SCHEDULE 6**

## Findings: Accounts Payables

### Telecom Accounts Payables

Successfully surveyed the accounts payables departments of the following 9 telecom companies:

- AT&T Wireless
- Cablevision
- Cingular
- Cisco Systems
- Corning
- Ericsson
- MCI
- Motorola
- Nortel

| Revenues (Millions) | Standard payment terms | Pay according to terms? | NO: Is this Common? | YES: Industry Standard? | Common practice to pay or get paid outside of the Invoice date? | If there is a discrepancy on the bill?[1] |
|---|---|---|---|---|---|---|
| $35,179 | Net 30, from date of receipt (FDR) | Yes | | I think so | We do it | N/A[1] |
| $34,956 | Most net 30 FDR, might vary depending on contract | Yes | | Not sure | We pay according to terms, not sure what others do | N/A |
| $26,679 | 60 days | Yes, if valid PO in system | | Not sure | Not sure what others do | N/A |
| $18,915 | Pay according to terms on contract, Buyers set terms | Yes | | Declined to answer | Declined to answer | N/A |
| $16,911 | 30 Days | Yes | | Yes | Yes | Bill is sent to Procurement Department |
| $14,727 | 30 days FDR | Yes | | Not sure | No | N/A |
| $13,610 | Most 30 days, some 45 days | Yes | | Yes | Yes | Bill goes to the relationship manager |
| $10,543 | Usually 30, sometimes 60 days | Yes | | Yes | Only miss date if customer submits incomplete information | N/A |
| $4,003 | 30 Days | No | "Yes, I believe so" | | Yes. "Regardless of what you may be hearing, everybody is moving to longer payment periods." | Bill is sent to manager or department head |

[1] N/A: Despite additional calls to the company, we were unable to ask this question to the respondent because the appropriate person was not available or declined to address this issue further.

13

**Computer Hardware Payables**

Successfully surveyed the accounts payables departments of the following 12 computer hardware companies:

- Affiliated Computer Services
- Apple Computer
- Computer Sciences Corp
- Diebold
- EDS
- IBM

- Micron Technology
- NCR
- Nvidia
- Unisys
- Vishay Intertechnology
- Xerox

| Revenues (Millions) | Standard payment terms | Pay according to terms? | NO: is this common? | YES: Industry standard? | Common practice to pay or get paid outside of the invoice date? | If there is a discrepancy on the bill? |
|---|---|---|---|---|---|---|
| $83,132 | 45 days, FDR | Yes | | Yes | Believe so | N/A[2] |
| $21,520 | 60 days, FDR regardless of the terms | No | No | Declined to answer | Declined to answer | N/A |
| $15,588 | 60 days for checks, 30-45 on P.O.'s (transfers) depending on contract | Yes | | Yes | No | N/A |
| $11,366 | Upon receipt/30 days | No-"our policy is 45 days" | | Not sure | "Not sure of others--our policy is 45 days" | N/A |
| $5,742 | Upon receipt/30 days | No-"our policy is 45 days" | | Not sure | "Not sure, believe most pay according to policy" | N/A |
| $5,607 | Net 30 days | Yes | No | Yes | Declined to answer | Bill is sent to Procurement Department |
| $5,585 | 45 days | Yes | No | Not sure | Not Sure | Not Sure |
| $3,900 | 30 days | Yes | | Yes | Yes | Bill is sent back to originator |
| $2,589 | Net 45 days | Yes, "try do it in 30 days" | | Yes | Not sure | N/A |
| $1,940 | Net 30 days | Yes | | Yes | "Usually, although there are variables-mostly cash flow issues" | Bill is sent to the payables manager |
| $1,909 | Upon receipt/30 days | Yes | | Not sure | Think so | N/A |
| $1,823 | Net 30 days | Yes, if not sooner | | Yes | No | Bill is sent to department head |

[2] N/A: Despite additional calls to the company, we were unable to ask this question to the respondent because the appropriate person was not available or declined to address this issue further.

**Computer Software Payables**

Successfully surveyed the accounts payables departments of the following 11 computer software companies:

- BMC
- BV Solutions Group Inc.
- Computer Associates International
- Electronic Arts
- EMC Corp.
- Fidelity Information Services

- I2 Technology
- Intuit
- Novell
- Perot Systems
- Reynolds & Reynolds

| Revenues (Millions) | Standard payment terms | Pay according to terms? | NO: is this common? | YES: Industry standard? | Common practice to pay or get paid outside of the invoice date? | If there is a discrepancy on the bill? |
|---|---|---|---|---|---|---|
| $8,900 | Net 30 days | Yes | | Yes | Usually | Bill is sent to contact person |
| $5,438 | 30-45 days FDR | Yes | | Yes | Not sure | N/A[3] |
| $3,116 | Anything from 10-45 days, most 30 | Yes | | "Probably" | Not sure | N/A |
| $1,974 | Generally 45 days, sometimes 60 (when client is paying on 60 days terms) | Yes | | Yes | Common, yes, sometimes there are delays from client (when pass through contracts) | N/A |
| $1,725 | Net 30 days | Yes | | Yes | Not sure | Bill is sent back to purchasing department |
| $1,650 | 45 days | Yes | | Yes | Yes | Bill is sent back to procurement department |
| $1,332 | Upon receipt/30 days | Yes | | "Probably" | "Probably since as a service company most of our invoices are utilities, office products, subscriptions, etc." | N/A |
| $1,327 | Upon receipt/30 days | Yes | | Yes | Not sure | N/A |
| $1,134 | Upon receipt/30 days | Yes | | Yes | "I think so" | N/A |
| $992 | Net 45 days | Yes | | Yes | No | N/A |
| $908 | Net 45 days | Yes | | Yes | No | Bill is sent back for approval |

---

[3] N/A: Despite additional calls to the company, we were unable to ask this question to the respondent because the appropriate person was not available or declined to address this issue further.

## Findings: Accounts Receivables

### Telecom Accounts Receivables

Successfully surveyed the accounts receivables departments of the following 9 telecom companies:

- Alltel
- AT&T Wireless
- Avaya
- Cablevision
- Cingular

- Corning
- MCI
- Motorola
- Verizon Wireless

| Revenues (Millions) | Standard payment terms | Details of Special Terms Based on: | | | Common Practice/Details |
| --- | --- | --- | --- | --- | --- |
| | | Relationship | Financial Situation | Company Size | |
| $35,179 | Net 30 | | Yes, differed payment | Yes | Probably |
| $34,956 | Most net 30, but depends on contract | Yes | Will reconsider terms | Yes | Yes, since most pay us on time |
| $26,679 | Range from 10-90 days | Yes, length of relationship matters | Yes, differed payment | Yes, larger orders and bigger companies get better/longer terms | Probably |
| $19,260 | 30 days in advance | No | Carry 3 months | Yes | Probably |
| $17,350 | 30 days | Yes | Yes, after 6 months | Yes | Not sure |
| $14,727 | 30 days | Yes | Yes | Yes | Probably |
| $13,610 | 30 days | Yes | Yes | Yes | "Most offer some discounts" |
| $4,956 | 30 days | Yes | "Sure we do" | Yes | Declined to answer |
| $4,003 | 30 days | Yes | Yes | Yes | "Most companies work with clients" |

**Computer Hardware Receivables**
Successfully surveyed the accounts receivables departments of the following 12 computer hardware companies:

- Acer
- Affiliated Computer Services
- Diebold
- EDS
- Hitachi
- IBM

- NCR
- Nvidia
- Sharp
- Unisys
- Vishay Intertechnology
- Xerox

| Revenues (Millions) | Standard payment terms | Details of Special Terms Based on: | | | | |
|---|---|---|---|---|---|---|
| | | Relationship | Financial Situation | Company Size | Common Practice/Details |
| $83,132 | Due upon receipt/40 days | Declined to answer | Declined to answer | Declined to answer | Declined to answer |
| $69,343 | 30 days | Yes, will work out deals for valued customers | Yes, will work out deals for valued customers | Yes | Probably |
| $21,502 | 30 days | Yes, project manager may change terms | Collections may make an arrangement | Yes, project manager may change terms | Declined to answer |
| $16,714 | 30/45 days depending on unit | "Imagine so" | Not sure | "Imagine so" | "I guess so" |
| $15,588 | 30-60 days, depending on contract. More 30 days then the others combined | Yes | Yes | Yes | Yes |
| $5,607 | 30 days | Yes | Yes | Yes | Not sure |
| $5,585 | 30 days | Yes | Yes | Yes | Yes |
| $3,900 | 45 days | Yes | Yes | Yes | Yes |
| $3,070 | Net 30 | Yes | Yes | Yes | Some do, some don't, some put it in the mail on the 30th day |
| $1,940 | 30 days | Yes | Yes | Yes | Probably |
| $1,909 | Net 30 | Yes, with team consultation | Yes, with credit department consultation | Yes, with team consultation | Probably |
| $1,823 | 30 days | Yes | Yes | Yes | Yes |

17

**Computer Software Receivables**

Successfully surveyed the accounts receivables departments of the following 11 computer software companies:

- BMC
- Perot Systems
- Novell
- I2 Technology
- Intuit
- Fidelity Information Services

- EMC Corp.
- Electronic Arts
- Compuware
- Computer Associates International Inc.
- BV Solutions Group Inc.

| Revenues (Millions) | Standard payment terms | Details of Special Terms Based on: | | | Common Practice/Details |
| --- | --- | --- | --- | --- | --- |
| | | Relationship | Financial Situation | Company Size | |
| $8,900 | 30 days w/15 day grace | Yes | Yes | Yes | "I imagine most work with clients" |
| $5,438 | 45 days "some contract will differ." Must fit into pre-assigned standards (i.e. 30 or 60 day) | Yes | Yes | Yes | Not sure |
| $3,116 | 30 days, some 45 if company needs it | Yes | Yes | Yes | Yes |
| $1,974 | Net 30 | Yes, through project manager | Yes | Yes, through project manager | Imagine so |
| $1,725 | 30 days | Declined to answer | Declined to answer | Declined to answer | Declined to answer |
| $1,650 | Most 30 days | Yes | Yes | Yes | Not sure |
| $1,375 | Upon receipt | Declined to answer | Declined to answer | Declined to answer | "I really don't know" |
| $1,332 | 10-45 days, depending on contract | Some negotiating power | "Strong financial situation will help" | Some negotiating power | Certain sectors seem to while others do not. Healthcare seems to turn around in days while industrial/construction push to 45 days |
| $1,327 | Net upon receipt | No | No | No | No, we are interested in protecting ourselves legally |
| $1,134 | Varies with each case | Yes, with team approach | Yes, with team approach | Yes, with team approach | Probably |
| $908 | 30 days | Yes | Yes | Yes | Not sure |

18

**NII Holding**

Total in D&B's File        55  1,449,400

| INDUSTRY | Total Rec'd # | Dollar Amount $ | Amount with in Terms | Slow 1-30 $ | Slow 31-60 $ | Slow 61-90 $ | Slow 91+ $ |
|---|---|---|---|---|---|---|---|
| Telephone communictns | 15 | 1,267,350 | 392,879 | 405,552 | 12,674 | 101,388 | 354,858 |
| Mfg photograph equip | 5 | 25,000 | 12,500 | 12,500 | 0 | 0 | 0 |
| Radiotelephone commun | 5 | 5,250 | 0 | 1,365 | 0 | 0 | 3,885 |
| Data processing svcs | 4 | 33,000 | 17,820 | 15,180 | 0 | 0 | 0 |
| Nonclassified | 3 | 7,600 | 7,600 | 0 | 0 | 0 | 0 |
| Newspaper-print/publ | 1 | 35,000 | 0 | 0 | 17,500 | 17,500 | 0 |
| Mfg manifold forms | 1 | 15,000 | 0 | 15,000 | 0 | 0 | 0 |
| Mfg computers | 1 | 10,000 | 10,000 | 0 | 0 | 0 | 0 |
| Help supply service | 1 | 10,000 | 0 | 10,000 | 0 | 0 | 0 |
| Trucking non-local | 1 | 7,500 | 0 | 7,500 | 0 | 0 | 0 |
| General warehousing | 1 | 5,000 | 5,000 | 0 | 0 | 0 | 0 |
| Whol computers/softwr | 1 | 5,000 | 0 | 2,500 | 2,500 | 0 | 0 |
| Whol electronic parts | 1 | 2,500 | 1,250 | 0 | 1,250 | 0 | 0 |
| Arrange cargo transpt | 1 | 2,500 | 0 | 0 | 1,250 | 0 | 1,250 |
| Air courier service | 1 | 1,000 | 1,000 | 0 | 0 | 0 | 0 |
| Ret-direct selling | 1 | 1,000 | 1,000 | 0 | 0 | 0 | 0 |
| Mfg soap/detergents | 1 | 250 | 0 | 125 | 0 | 125 | 0 |
| Misc coml printing | 1 | 100 | 100 | 0 | 0 | 0 | 0 |
| Executive office | 1 | 50 | 50 | 0 | 0 | 0 | 0 |
| Misc general gov't | 1 | 50 | 50 | 0 | 0 | 0 | 0 |
| Legislative body | 1 | 50 | 50 | 0 | 0 | 0 | 0 |
| Coating/engrave svcs | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 49 | 1,433,200 | 449,299 | 469,722 | 35,174 | 119,013 | 359,993 |

19

## SCHEDULE 7

The interviews by industry and department are:

| Industry | Companies Contacted | Department | Completed Interviews |
|---|---|---|---|
| *Telecom* | 24 | *Payables* | 9 |
| | | *Receivables* | 9 |
| *Hardware* | 39 | *Payables* | 12 |
| | | *Receivables* | 12 |
| *Software* | 26 | *Payables* | 11 |
| | | *Receivables* | 11 |
| *Total* | 89 | | 64 |

20

| Companies Contacted For This Assignment |
|---|

## Telecom Companies

Contacted the following 24 telecom companies:

- Alcatel
- Alltel
- AT&T Corp.
- AT&T Wireless Services
- Avaya
- Cablevision Systems
- Charter Communications
- Cingular Wireless
- Cisco Systems
- Comcast
- Corning
- Cox Communications

- Echostar Communications
- Ericsson
- L-3 Communications
- Lucent Technologies
- MCI
- Motorola
- Nokia
- Nortel Networks
- Qwest Communications
- SBC Communications Inc.
- Sprint
- Verizon Wireless

## Computer Hardware Companies

Contacted the following 39 computer hardware companies:

- Acer America Corp.
- Affiliated Computer Services Inc.
- Advanced Micro Devices
- Analog Devices
- Apple Computer
- Applied Materials
- Compaq
- Computer Sciences Corp.
- Diebold Inc
- EDS
- Electronic Data Systems Corp.
- EMC
- Fujitsu
- Gateway
- Hewlett-Packard Co.
- Hitachi
- IBM

- Intel Corp.
- Jabil Circuit
- LSI Logic
- Maxtor Corp.
- Micron Technology
- NCR
- NEC
- Nortel Networks
- Nvidia
- Samsung
- Sanmina-SCI
- Sharp
- Siemens
- Solectron
- Sony
- Storage Technology Corp.
- Texas Instruments
- Toshiba
- Unisys Corp.

- Vishay Intertechnology
- Western Digital Corp.
- Xerox

**Computer Software Companies**

Contacted the following 26 computer software companies:

- Adobe Systems Inc.
- BMC Software Inc.
- BV Solutions Group Inc.
- Cadence Design Systems
- Computer Associates International
- Compuware Corp.
- Electronic Arts
- EMC Corp.
- Fidelity Information Services
- Harris Corp.
- I2 technology
- Imation Corp.
- Intuit Inc.

- Microsoft
- Novell Systems
- Oracle Corp.
- PeopleSoft Inc.
- Perot Systems
- Reynolds & Reynolds
- SAS Institute Inc.
- Siebel Systems
- Symantec
- Titan Corp
- Verisign
- Veritas Software
- ViewSonic Corp.

**Telecom Accounts Payables**

Successfully surveyed the accounts payable departments of the following telecom companies:

- AT&T Wireless
- Cablevision
- Cingular
- Cisco Systems
- Corning

- Ericsson
- MCI
- Motorola
- Nortel

**Computer Hardware Payables**

Successfully surveyed the accounts payables departments of the following 12 computer hardware companies:

- Affiliated Computer Services
- Apple Computer
- Computer Sciences Corp.
- Diebold
- EDS
- IBM

- Micron Technology
- NCR
- Nvidia
- Unisys
- Vishay Intertechnology
- Xerox

**Computer Software Payables**

Successfully surveyed the accounts payables departments of the following 11 computer software companies:

- BMC
- BV Solutions Group Inc.
- Computer Associates International
- Electronic Arts
- EMC Corp.
- Fidelity Information Services

- I2 Technology
- Intuit
- Novell
- Perot Systems
- Reynolds & Reynolds

**Telecom Accounts Receivables**

Successfully surveyed the accounts receivables departments of the following 9 telecom companies:

- Alltel
- AT&T Wireless
- Avaya
- Cablevision
- Cingular
- Corning
- MCI
- Motorola
- Verizon Wireless

**Computer Hardware Receivables**

Successfully surveyed the accounts receivables departments of the following 12 computer hardware companies:

- Acer
- Affiliated Computer Services
- Diebold
- EDS
- Hitachi
- IBM
- NCR
- Nvidia
- Sharp
- Unisys
- Vishay Intertechnology
- Xerox

**Computer Software Receivables**

Successfully surveyed the accounts receivables departments of the following 11 computer software companies:

- BMC
- Perot Systems
- Novell
- 12 Technology
- Intuit
- Fidelity Information Services
- EMC Corp.
- Electronic Arts
- Compuware
- Computer Associates International Inc.
- BV Solutions Group Inc.

## EXHIBITS

1)     One Source Reports

2)     Various D&B Reports

3)     D&B Payment Analysis Reports

4)     List of Questions for Database Build-up

5)     List of Questions for Strategic Consulting & Research Group Survey

6)     Find/SVP Industry Analysis

7)     Companies Surveyed and Survey Results