# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., et al., ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| ) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | Civil Action no. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

## **SUPPLEMENT TO THE FINAL JOINT PRETRIAL ORDER**

Pursuant to this Court's Scheduling Order, D. Del. LR 47.1(a) & 51.1, and FED R. CIV. P. 47(a) & 49, Defendant, Dell, Inc. (f/k/a Dell Computer Corporation) ("Dell"), files this its Supplement to the Final Joint Pretrial Order and would show as follows:

1.   Because there is a pending motion for a jury trial, Dell sought to include in the Final Joint Pretrial Order the items required by the Court's Scheduling Order for a jury trial, as well as those items required for a non-jury trial.

2.   However, Plaintiff, Inacom Corp., through its attorneys, has refused to sign or file the Final Joint Pretrial Order or any accompanying documents containing

49643 v1

items related to a jury trial. Therefore, Dell files this Supplement to the Final Joint Pretrial Order.

    3.    Accordingly, pursuant to the Scheduling Order and paragraph 2(i) of the of the form Final Pretrial Scheduling Order attached to the Scheduling Order are the following:

    a.    Dell's Trial Brief, attached hereto as Exhibit 1;

    b.    Dell's Proposed Jury Instructions, attached hereto as Exhibit 2. Dell's Proposed Jury Instructions have also been filed contemporaneously in triplicate and on diskette;

    c.    Dell's Proposed Special Interrogatories/Special Verdict Form, attached hereto as Exhibit 3. Dell's Proposed Special Interrogatories/Special Verdict Form have also been filed contemporaneously in triplicate and on diskette; and

    d.    Dell's Suggested Form of Jury Voir Dire Questions, attached hereto as Exhibit 4. Dell's Suggested Form of Jury Voir Dire Questions has also been filed contemporaneously in triplicate and on diskette.

49643 v1

Respectfully submitted,

*/s/ Kevin A. Guerke*
Patricia P. McGonigle
Delaware State Bar No. 3126
Kevin A. Guerke
Delaware State Bar No. 4096
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
Telephone:  (302) 888-0600
Telecopier:  (302) 888-0606

and

H. Robert Powell
Texas State Bar No. 16197000
Sabrina L. Streusand
Texas State Bar No. 11701700
G. James Landon
Texas State Bar No. 24002445
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, Texas  78701

**COUNSEL FOR DELL, INC. (F/K/A DELL COMPUTER CORPORATION)**

49643 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Dell, Inc.'s Trial Brief was served on this the 15th day of August, 2005 as set forth below:

| | |
|---|---|
| Earl M. Forte, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Elio Battista<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Attorneys for Plaintiff, Inacom Corp.<br>Hand Delivery |
| Andrew Caine<br>Pachulski, Stang, Ziehl, Young<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Jonathan P. Hersey<br>Bingham McCutchen LLP<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 | Attorneys for Ingram Entertainment, Inc.<br>U.S. Mail |
| Stephen C. Hunt<br>Charles M. Tatelbaum<br>Adorno & Yoss, P.A.<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301 | Attorneys for Tech Data Corporation<br>U.S. Mail |
| Culver Halliday<br>Stoll, Keenon & Park, L.L.P.<br>300 W. Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1801 | Attorneys for Lexmark International<br>U.S. Mail |

/s/ Kevin A. Guerke
Kevin A. Guerke (DE4096)

49643 v1

49643 v1