# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INACOM CORP., et al., | ) | |
| | ) | Case No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP., on behalf of affiliated Debtors, | ) ) | |
| | ) | Civil Action no. 04-582-GMS |
| | ) | Adv. No. 02-3499 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELL COMPUTER CORPORATION, et al, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## DEFENDANT'S SUGGESTED FORM OF JURY VOIR DIRE QUESTIONS

Pursuant to D. Del. LR 47.1(a) and this Court's Scheduling Order, Defendant, Dell, Inc. (f/k/a Dell Computer Corporation) ("Dell"), files the attached suggested Jury Voir Dire Questions in triplicate and on diskette.

Respectfully submitted,

*/s/ Kevin A. Guerke*
Patricia P. McGonigle
Delaware State Bar No. 3126
Kevin A. Guerke
Delaware State Bar No. 4096
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
Telephone:  (302) 888-0600
Telecopier:  (302) 888-0606

and

H. Robert Powell
Texas State Bar No. 16197000
Sabrina L. Streusand
Texas State Bar No. 11701700
G. James Landon
Texas State Bar No. 24002445
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, Texas  78701

**COUNSEL FOR DELL, INC. (F/K/A DELL COMPUTER CORPORATION)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Dell, Inc.'s Trial Brief was served on this the 15th day of August, 2005 as set forth below:

| | |
|---|---|
| Earl M. Forte, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Elio Battista<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Attorneys for Plaintiff, Inacom Corp.<br>Hand Delivery |
| Andrew Caine<br>Pachulski, Stang, Ziehl, Young<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Jonathan P. Hersey<br>Bingham McCutchen LLP<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 | Attorneys for Ingram Entertainment, Inc.<br>U.S. Mail |
| Stephen C. Hunt<br>Charles M. Tatelbaum<br>Adorno & Yoss, P.A.<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301 | Attorneys for Tech Data Corporation<br>U.S. Mail |
| Culver Halliday<br>Stoll, Keenon & Park, L.L.P.<br>300 W. Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1801 | Attorneys for Lexmark International<br>U.S. Mail |

*/s/ Kevin A. Guerke*
Kevin A. Guerke (DE4096)

**DEFENDANT'S SUGGESTED FORM OF JURY VOIR DIRE QUESTIONS**

006005.00189:175563.01

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INACOM CORP., et al., | ) | |
| | ) | Case No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP., on behalf of affiliated | ) | |
| Debtors, | ) | Civil Action no. 04-582-GMS |
| | ) | Adv. No. 02-3499 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELL COMPUTER CORPORATION, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JURY VOIR DIRE QUESTIONS

1. [Separately as to each individual panel member]: Please tell us your name and the occupation of yourself and your spouse?

2. To the panel as a group: Do you have any personal knowledge regarding the parties or the facts of this case? If so, please explain.

3. Have you read, seen or heard anything from anyone else about this case or in any way relating to this case? If so, please explain.

4. Have you had any legal training or experience? If so, please describe it.

5. Have you had any experience with any bankruptcy proceeding? If so, please describe.

**DEFENDANT'S SUGGESTED FORM OF JURY VOIR DIRE QUESTIONS**

006005.00189:175563.01

6. Have you had any training in accounting? If so, please describe.

7. Have you had any training or experience in collection of receivables? If so please describe.

8. Have you, or have members of your family, had any relationship such as: (1) present or former employee; (2) consultant; (3) friend; or (4) other, with any of the following:

    a. Inacom Corp.;

    b. Vanstar Corporation;

    c. Dell, Inc.;

    d. Tech Data Corp.;

    e. Lexmark International, Inc.;

    f. Ingram Entertainment, Inc.; or

    g. Executive Sounding Board Associates, Inc.

    h. Blank Rome, L.L.P.

    i. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.

    j. Bridge Associates, L.L.C., (formerly known as Restoration Management Company, L.L.C.)

    k. Compaq Computer Corp.

    l. Houlihan, Lokey, Howard & Zukin

    m. Deutsche Bank

    n. Hewlett Packard Corp.

If so, please explain.

9. During the course of this case, various witnesses may be called to testify on behalf of the parties. The parties are not required to call all of these witnesses and might decide not to call some of the witnesses and may instead call other witnesses. Are you, or is any member of your family or any friend of yours related to or acquainted with, or do you have any association whatsoever with any of the following people, who may be witnesses in this case:

    a. Elaine G. Agee;

    b. Thomas J. Fitzpatrick;

    c. Lazarus Krikorian;

    d. Richard C. Oshlo;

    e. Gerry A. Gagaliardi;

    f. Dean Vomero;

    g. Francis X. Devine;

    h. Michael L. Newsom;

    i. Stuart A. Gollin; or

    j. Neil Gilmour?

If so, please explain.

10. Have you or anyone close to you ever been a party to a lawsuit?

    (a) Please explain the circumstances.

    (b) Describe the nature of the lawsuit.

    (c) What was the outcome?

11. Have you ever been a witness at a trial? If so, what was the nature of your testimony (e.g. fact witness to accident, expert witness, etc…)?

12. Have you ever been in a situation where you could have filed a lawsuit but chose not to do so?

13. Do you know any of the following attorneys who represent the parties in this case:

    a. Bonnie Glantz Fatell;

    b. Elio Battista, Jr.;

    c. Alisa E. Moen;

    d. Earl M. Forte; or

    e. Regina S. Kelbon;

14. Have you or any member of your immediate family ever been employed or represented by any of these attorneys?

15. Do you have any medical condition which would not allow you to properly carry out your duties as a juror?

16. It is anticipated that this civil trial will take approximately five to seven days. Would there be any great undue hardship on you to serve as a juror in this case?

17. Have you ever sold a product or services to a person or company who subsequently went into bankruptcy? If so, please explain the circumstances and what happened.

18. Have you ever sold a product to a person or company who accepted the product and paid for it, but then after going into bankruptcy sued you to get the

payment back and still keep the product? If so, please explain the circumstances and what happened.

19. Do you know any fact or circumstance that you believe might make you an unsuitable juror for this particular case?

20. Do you know of any reason you could not serve as a juror in this case?