IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INACOM CORP., et al., | ) | |
| | ) | Case No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| INACOM CORP., on behalf of affiliated Debtors, | ) | |
| | ) | Civil Action no. 04-582-GMS |
| | ) | Adv. No. 02-3499 |
| Plaintiff, | ) | |
| v. | ) | |
| DELL COMPUTER CORPORATION, et al., | ) | |
| Defendants. | ) | |

**ORDER**

The Court having considered Motion In Limine Of Plaintiff To Exclude Evidence of Compromise and Offers of Compromise and any supporting papers, and any opposition thereto,

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion is GRANTED.

Dated: _____

_____
Gregory M. Sleet
United States District Court Judge