IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., et al., ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| _____) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | Civil Action no. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

The Court having considered Plaintiff's Motion In Limine To Exclude Expert Testimony of John Larocca and any supporting papers, and any opposition thereto,

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion is GRANTED.

Dated: _____          _____
                                Gregory M. Sleet
                                United States District Court Judge