IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., et al., ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| _____) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | Civil Action no. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

The Court having considered the Motion In Limine of Plaintiff to Exclude Expert Testimony of Stephen H. Thomas and any supporting papers, and any opposition thereto,

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion is GRANTED.

Dated: _____        _____
                              Gregory M. Sleet
                              United States District Court Judge