# TAB 1

## PLAINTIFF'S EXHIBITS

*In re InaCom Corp. / InaCom Corp. v. Dell Computer Corp.*
(Bankr. No. 00-2426 / Adv. No. 04-cv-582)

**Plaintiff's Trial Exhibits**

The following exhibits were offered by Plaintiff and marked for identification. Defendant objected to their receipt in evidence on the grounds stated.:

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|-----|------|-------------|-------|-----------|-------------------|------|
| 1 | | Intentionally omitted | | | | |
| 2 | 04/19/2005 | Report prepared by Dean R. Vomero of Bridge Associates LLC– InaCom Corp. and Affiliated Entities Insolvency/Valuation Analysis as of March 25, 2000 | | Vomero 2 | Hearsay, R. 802; Unreliable principles/methods and principle/methods unreliably applied, R. 702 | |
| 3 | 05/27/2005 | Rebuttal Report prepared by Dean R. Vomero of Bridge Associates LLC – Response to Duff & Phelps LLC/Sasco Hill Advisors, Inc. InaCom Corp., Valuation Analysis | | Vomero 3 | Hearsay, R. 802; Unreliable principles/methods and principle/methods unreliably applied, R. 702 | |
| 4 | 04/27/2000 | InaCom Bank Presentation | DE 004400 – DE 004414 | Gagliardi 7 Vomero 17 | | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 5 | 05/01/2000 | Blackstone Confidential Information Memorandum | DE 012457 – DE 012583; BSG 0332 – BSG 0386 | | Hearsay, R. 802; Not relevant, R. 402; Unfairly prejudicial, R. 403 | |
| 6 | 05/02/2005 | Expert Report prepared by Francis X. Devine of Murray Devine Co. | | Devine 1 | Hearsay, R. 802 | |
| 7 | 04/29/2005 | Expert Report prepared by Stuart A. Gollin of Weiser LLP | | Gollin 1 LaRocca 4 | Hearsay, R. 802. Unreliable principles/methods and principle/methods unreliably applied, R. 702 | |
| 8 | | Liquidation Analysis from Disclosure Statement | | | Hearsay, R. 802. Unfairly prejudicial, R. 403 | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 9 | | Updated liquidation analysis from Gilmour | | | This document has not previously been disclosed or made available in discovery. Accordingly, since this **document was not provided in discovery**, Dell objects to its admission in evidence. *See* Fed. R. Civ. P. 37(c). Additionally, Dell has not been provided with a copy of this document. Therefore, Dell has had no opportunity to review the document and assert other appropriate objections | |

3

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 10 | | Demonstrative – make-up of outstanding unsecured creditors | | | This document has not previously been disclosed or made available in discovery. Accordingly, since this document was not provided in discovery, Dell objects to its admission in evidence. *See* Fed. R. Civ. P. 37(c). Additionally, Dell has not been provided with a copy of this document. Therefore, Dell has had no opportunity to review the document and assert other appropriate objections | |
| 11 | | Intentionally omitted | | | | |

4

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|-----|------|-------------|-------|-----------|-------------------|------|
| 12 | | Bridge demonstrative charts/graphs | | | Not previously disclosed in expert witness disclosures. This document has not previously been **disclosed or made** available in discovery. Accordingly, since this document was not provided in discovery, Dell objects to its admission in evidence. *See* Fed. R. Civ. P. 37(c). Additionally, Dell has not been provided with a copy of this document. Therefore, Dell has had no opportunity to review the document and assert other appropriate objections | |
| 13 | | Package of InaCom Corp. Board of Directors Meeting Minutes from 02/28/2000 to 07/25/2000 | ICN 19504 – ICN 19590 | Oslo 16 Vomero 19 | As to minutes after 4/22/00: Not relevant, R. 402 | |
| 14 | 05/24/2000 | Email from A. Karsnia to B. Wells, et al. | CPQ/BG 2545 – CPQ/BG 2547 | | Not relevant, R. 402. Hearsay, R. 802 | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 15 | 01/04/2000 | Asset Purchase Agreement among Compaq Computer Corp., ITY Corp. and InaCom Corp. | 00674 – 00815 | Fitzpatrick 20 | Document is not sufficiently described to allow Dell to identify. Therefore, Dell has had no opportunity to review the document and assert appropriate objections | |
| 16 | | Schedules to APA | | | Document is not sufficiently described to allow Dell to identify. Therefore, Dell has had no opportunity to review the document and assert appropriate objections | |
| 17 | 03/15/2000 | Accounts Payable Schedule as of 02/12/2000 and attached AP register | | | | |
| 18 | 02/15/2000 | Compaq Computer Corp. Revolving Credit Facility Commitment Letter to InaCom Corp. | 01067 – 01110 | Fitzpatrick 18 Wells 10 | Document is not sufficiently described to allow Dell to identify. Therefore, Dell has had no opportunity to review the document and assert appropriate objections | |
| 19 | | Intentionally omitted | | | | |

119096.01600/40154672v1

6

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 20 | 02/16/2000 | Services, Supply and Sales Agreement among Compaq Computer Corp., ITY Corp. and InaCom Corp. | CA 1 – CA 18; 00817 – 00834 | Dugan 5 Kerkman 1 Samuelson 9 Wells 8 | | |
| 21 | 02/16/2000 | Separation and Sharing Agreement between ITY Corp. and InaCom Corp. | 00873 - 00943 | Dugan 6 Oshlo 18 Samuelson 10 | | |
| 22 | 02/16/2000 | InaCom Services Service Level Agreement with Compaq Computer Corp. | 00836 – 00871 | Fitzpatrick 17 Vomero 28 | | |
| 23 | 02/16/2000 | Intercreditor Agreement among Deutsche Bank AG New York, Compaq Computer Corp. and IBM Credit Corporation | Wells 1 – Wells 34 | Oshlo 17 | | |
| 24a | 01/04/2000 | Third Amendment and Waiver among InaCom Corp., the Banks, IBM Credit Corp., Banque Nationale de Paris and Deutsche Bank AG, New York Branch | 00953 – 00974 | Fitzpatrick 14 Oshlo 2 Samuelson 1 Vomero 22 Wood 2 | | |

119096.01600401546724v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 24b | 02/15/2000 | Fourth Amendment and Waiver among InaCom Corp., the Banks, IBM Credit Corp., Banque Nationale de Paris and Deutsche Bank AG, New York Branch | 00976 – 00993 | Fitzpatrick 15<br>Gagliardi 10<br>Oshlo 5<br>Samuelson 2<br>Wood 3 | | |
| 24c | 03/31/2000 | Fifth Amendment and Waiver among InaCom Corp., the Banks, IBM Credit Corp., Banque Nationale de Paris and Deutsche Bank AG, New York Branch | DE 001601 – DE 001611 | Oshlo 19 | | |
| 24d | 04/14/2000 | Sixth Amendment and Waiver among InaCom Corp., the Banks, IBM Credit Corp., Banque Nationale de Paris and Deutsche Bank AG, New York Branch | DE 010820 – DE 010833 | Oshlo 20 | | |
| 25 | 03/24/2000 | Memo from R. Oshlo to T. Fitzpatrick re: Accessing Compaq Revolving Credit Facility | ICN 14296 – ICN 14297; 014001 – 014002 | Oshlo 15 | | |
| 26 | 04/04/2000 | Memo from R. Oshlo to T. Fitzpatrick re: status of held checks and revolver | InaCom 003257; 014135 | Oshlo 14 | | |
| 27 | 04/27/2000 | Letter from C. Anderson and B. Wavro to T. Fitzpatrick re: collections on receivables owned by Compaq | DE 000541 | Gagliardi 4<br>Wood 18 | | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|-----|------|-------------|-------|-----------|-------------------|------|
| 28 | 04/28/2000 | Notice of Borrowing from InaCom to Deutsche Bank | DE 000702 – DE 000703 | Oshlo 21 Vomero 30 | | |
| 29 | 05/10/2000 | Treasury Released Checks by Date | FTI 000752 – FTI 000755 | Dugan 9 Horton 6 Oshlo 10 | | |
| 30 | 05/16/2000 | Letter from B. Wavro to T. Fitzpatrick waiving a portion of the Revolving Credit Facility Commitment Letter | CPQ/BG 0001065 | Gagliardi 5 | | |
| 31 | 05/26/2000 | Letter from R. Wood and M. Cheever to C. Anderson re: continuing investigation of the misdirected funds | DE 002845 – DE 002846 | Wood 23 | | |
| 32 | 03/24/2003 | Disclosure Statement and Plan of Liquidation | | | Not Relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |

119096.01600/40134672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 33 | 11/12/2004 | Defendant Dell Computer Corporation's Objections and Responses to Plaintiff's Requests for Admission, Interrogatories and Requests for Production | | Horton 2 Keller 6 LaRocca 3 | Dell objects to the extent of any objections or claims of privilege asserted in Dell's Objections and Responses to Plaintiff's Requests for Admission, Interrogatories, and Requests for Production under R. 402 and R. 403. Dell also objects to any answers or responses that are not relevant to any claim or fact at issue in this litigation under R. 402 | |

119096.01600/40154672v1

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 34 | 12/07/2004 | Defendant Dell Computer Corporation's Objections and Responses to Plaintiff's Second Set of Interrogatories to Defendant | | Keller 7 | Dell objects to the extent of any objections or claims of privilege asserted in Dell's Objections and Responses to Plaintiff's Requests for Admission, Interrogatories, and Requests for Production under R. 402 and R. 403. Dell also objects to any answers or responses that are not relevant to any claim or fact at issue in this litigation under R. 402 | |

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 35 | 05/03/2005 | Defendant Dell Computer Corporation's Supplemental Responses to Plaintiff's First Set of Interrogatories | | | Dell objects to the extent of any objections or claims of privilege asserted in Dell's Objections and **Responses to Plaintiff's Requests for Admission, Interrogatories, and Requests for Production under R. 402 and R. 403.** Dell also objects to any answers or responses that are not relevant to any claim or fact at issue in this litigation under R. 402 | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|-----|------|-------------|-------|-----------|-------------------|------|
| 36 | 06/17/2005 | Defendant Dell Computer Corporation's Second Supplemental Responses to Plaintiff's First Set of Interrogatories | | | Dell objects to the extent of any objections or claims of privilege asserted in Dell's Objections and Responses to Plaintiff's Requests for Admission, Interrogatories, and Requests for Production under R. 402 and R. 403. Dell also objects to any answers or responses that are not relevant to any claim or fact at issue in this litigation under R. 402 | |
| 37 – 46 | | Intentionally omitted | | | | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 47 | 03/14/2000 | Email from Gagliardi to Winkler complaining about no incremental service revenue | CPQ/INA 16141 – CPQ/INA 16142 | | Hearsay, R. 802; Dell also objects because the document appears redacted and altered from its original form, **therefore, Dell objects pursuant to R. 1002 and R. 1003** | |
| 48 | 10/20/2000 | Complaint – Custom Edge v. InaCom, et al. (Adv. Case # 00-1684) | | | | |
| 49 | 04/18/2000 | Email from Hansen to Oshlo et al. re: split of AR receipts | ICM 036584 – ICM 036585 | | | |
| 50 | 05/17/2000 | InaCom Press Release | CPQ/BG 0002983 | | Not Relevant, R. 402. Unfairly prejudicial, R. 403 | |
| 51 | 05/17/2000 | Moody's Press Release | CPQ/BG 0002980 – CPQ/BG 0002982 | | Not relevant, R. 402. Unfairly prejudicial, R. 403 | |
| 52 | 05/09/2000 | Facsimile from Wood to Gagliardi | DE 10496 – DE 10499 | | Not Relevant, R. 402. Hearsay, R. 802 | |

119096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 53 | | Demonstrative – supporting Fitzpatrick narrative | | | This document has not previously been disclosed or made available in discovery. Accordingly, since this document was not provided in discovery, Dell objects to its admission in evidence. See Fed. R. Civ. P. 37(c). Additionally, Dell has not been provided with a copy of this document. Therefore, Dell has had no opportunity to review the document and assert other appropriate objections | |
| 54 | | Intentionally omitted | | | | |
| 55 | 02/16/2000 | First Amendment to Asset Purchase Agreement | IN 00013 – IN 00015 | | | |
| 56 | 03/15/2000 | InaCom Asset Purchase Schedules Summary as of 02/12/2000 | | | | |

15

119906.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 57 | 06/2000 | Asset Purchase Agreement (unexecuted) dated as of June ___, 2000 by and between Compucom and Marlin | | | Document was not provided to Dell until August 9, 2005, months after the close of discovery in March 2005 and after fact discovery was completed. Accordingly, Dell objects to its admission in evidence. *See Fed. R. Civ. P.* 37(c) | |
| 58 | 06/19/2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders | | | Hearsay, R. 802 | |
| 59 | | Summary Act vs. Bud | DE 002975 | | Rule of optional completeness, R. 106-- add pages DE002976 through 02996 | |
| 60 | 03/27/2000 | InaCom Press Release | DB 008602 | | Hearsay, R. 802 | |
| 61 | 05/01/2000 | Blackstone Project Adams Debtor in Possession Model report | BSG 0053 – BSG 0064 | | Relevance, R. 402; Hearsay, 802. Unfairly prejudicial, R. 403 | |

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 62 | 03/24/2000 | A/P Weekly Balancing to A/P Aging Report | FTI 000652 | | Hearsay, R. 802. Dell also objects to authenticity in that it appears there is additional related **information omitted;** therefore, this document is not complete, R. 1002 and R. 1003 | |
| 63 | 01/01/2000 | Email from J. Samuelson to C. Anderson | CPQ/BG 0001875 | | Not relevant, R. 402. Hearsay, R. 802 | |
| 64 | 05/27/2000 | Email from K. Edwards to M. Hall | CPQ/INA 0003235 | | Not relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |
| 65 | 04/28/2000 | Memo from P. Hatfield to mailing list | DE 011691 | | Not relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |
| 66 | 12/09/1999 | Email from R. Conklin re: InaCom Update | CPQ/BG 0007108 | | Not relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |
| 67 | 04/26/2000 | Minutes of InaCom Board of Directors Meeting | InaCom 10126 – InaCom 10127 | | Not Relevant, R. 402 | |

119006.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 68 | 06/14/2000 | Letter from B. Wavro to T. Fitzpatrick with attached Statement | 005224 – 005231 | | Not Relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |
| 69 | 06/01/2000 | Memo from T. Molehan re: Board Meeting materials | 005232 – 005242 | | Not relevant, R. 402. Hearsay, R. 802 | |
| 70 | 02/16/2000 | Wiring Instructions for Compaq-InaCom Closing | 005427 – 005429 | Gagliardi 11 Oshlo 6 | | |
| 71 | 05/01/2000 | Blackstone Project Addams Reorganization Model | BSG 0001 – BSG 0026 | | Not relevant, R. 402. Unfairly prejudicial, R. 403. Hearsay, R. 802 | |
| 72 | 04/30/2000 | Blackstone Group Jan Actual – April Actual | BSG 0065 – BSG 0068 | | Not relevant, R. 402. Hearsay, R. 802. Unfairly prejudicial, R. 403 | |
| 73 | | Blackstone Group Q2 – Q3 consolidated Summary and backup | BSG 0069 – BSG 0076 | | Not relevant, R. 402. Unfairly prejudicial, R. 403. Hearsay, R. 802 | |
| 74 | | Examples of invoices from Dell to InaCom | | Horton 3; Keller 11 | | |
| 75 | 08/10/1994 | Remarketer/Integrator Agreement between Dell Marketing and Vanstar | | Horton 4 Keller 12 | | |

110096.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 76 | 04/01/2005 | Letter from S. Streusand to E. Forte enclosing additional document production obtained from M. Horton's records (attached) | (InaCom/Dell Received 4/1/05) 00004 – 00086 | Horton 7 Thompson 1 | Dell objects to letter reflecting correspondence between counsel. Not Relevant, R. 402 | |
| 77 | 04/18/2005 | Fax from S. Streusand to E. Forte forwarding unredacted emails from M. Horton's records (attached) | (InaCom/Dell received 4/18/2005) 00001 – 00033 | Horton 8 | Dell objects to letter reflecting correspondence between counsel. Not Relevant, R. 402 | |
| 78 | 05/16/2002 | Summons and Complaint against Dell | | Keller 1 | Not relevant, R. 402. Hearsay, R. 802. Unfair'ly prejudicial, R. 403 | |
| 79 | 06/11/2002 | Original Answer of Dell | | Keller 2 | Not relevant, R. 402 | |
| 80 | 12/29/2004 | Amended Answer of Dell | | Keller 3 | Not relevant, R. 402 | |
| 81 | 05/23/2002 | Cancelled checks to Dell | | Keller 9 | Cumulative of stipulation in Pre-Trial Order | |
| 82 | 03/31/2000 | Wire transfer records for wire to Dell parties for $806,278.00 | | | Cumulative of stipulation in Pre-Trial Order | |
| 83 | 00/00/0000 | Series of Collection Letters and Customer Care Notices from Dell | | Keller 16 | | |

119096.01000401546672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 84 | | Houlihan Lokey Howard & Zukin work papers | | | | |
| 85 | 05/26/2005 | Rebuttal Expert Report prepared by Michael L. Newsom of Bridge **Associates** | | LaRocca 5<br>Newsom 1<br>**Thomas 3** | Hearsay, R. 802. Unreliable **principle/methods and** principle/methods unreliably applied, R. 702 | |
| 86 | 05/30/2002 | Lain Faulkner & Co. Engagement Letter | | Thomas 1 | | |
| 87 | 04/28/2005 | Expert Report prepared by Stephen H. Thomas of Lain, Faulkner & Co., P.C. | | LaRocca 2<br>Newsom 3<br>Thomas 2 | | |
| 88 | 04/28/2005 | Expert Report prepared by John LaRocca | | Gollin 4<br>LaRocca 1 | | |
| 89 | 04/05/2005 | Emails re: MicroAge Reports | | LaRocca 7 | | |
| 90 | | Exhibits marked at the Deposition of Dean Vomero taken on 07/27/2005 | | LaRocca | There are multiple exhibits to Mr. Vomero's deposition. Plaintiff's general designation of these exhibits is not sufficient to allow Dell to assert specific objections to individual exhibits | |

119096.01 600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 91 | | Exhibits marked at the Deposition of Jason F. Fensterstock taken on 07/28/2005 | | | There are multiple exhibits to Mr. Fensterstock's deposition. Plaintiff's general designation of these exhibits is not sufficient to allow Dell to assert specific objections to individual exhibits | |
| 92 | 07/06/2005 | Dell Privilege Log | | | Not relevant, R. 402. Unfairly prejudicial, R. 403. Moreover, the privilege log identified is not most current. In addition, Dell objects because constitutes inadmissible comment on the claim of privilege | |
| 93 | 05/23/2003 | Bankruptcy Court's Order Confirming Debtors' Liquidating Plan | | | Not relevant, R. 402 | |

119006.01600/40154672v1

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 94 | | All exhibits identified by the Debtors in the separate adversary proceedings against Lexmark International, Inc. (Adversary No. 02-3500), Ingram Entertainment Corp. (Adversary No. 02-3960) and Tech Data Corp. (Adversary No. 02-3496) relevant to the issue of insolvency and any other issue relevant to this adversary proceeding | | | Documents are insufficiently identified for Dell to make an objection, except relevance as to Dell, R. 402, which Dell conditionally asserts. In addition, such exhibits have not been provided to Dell. Therefore, Dell is unable to prepare specific objections to individual documents | |

| Ex. | Date | Description | Bates | Depo. Ex. | Dell's Objections | Adm. |
|---|---|---|---|---|---|---|
| 95 | | Exhibits that may consist of documents produced or identified later in connection with this adversary proceeding before trial | | | Documents are insufficiently identified for Dell to make an objection, except relevance as to Dell, R. 402, which Dell conditionally asserts. Additionally, fact discovery closed on March 31, 2005. To the extent documents are identified that were not disclosed in discovery, Dell objects to the admission of such documents. *See* Fed. R. Civ. P. 37(c). Dell also objects to the admission of documents not set forth on Plaintiff's Exhibit List, and Dell objects to the admission of documents not timely identified | |

23