# TAB 2

## DELL'S EXHIBITS

006005.00189:175987.02

## DEFENDANT DELL, INC.'S
## TRIAL EXHIBITS

The following exhibits were offered by Defendant, Dell, Inc. and marked for identification. Plaintiff objected to their receipt in evidence on the grounds stated.

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-1 | 00/00/0000 | Collection of Invoices from Dell to InaCom | Horton 3 | | |
| D-2 | | Deleted | | | |
| D-3 | 00/00/0000 | Disc containing all Dell Invoices | | Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 703. Not hearsay. |
| D-4 | 00/00/0000 | Disc containing sample of Purchase Orders | | Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 703. Not hearsay. |
| D-5 | 00/00/0000 | Inacom Fiscal Year 2000 Projections | 000252 Willetts 2 | Rules 401, 403 and 802 | Relevant to insolvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807. R. 703. |
| D-6 | 00/00/0000 | Inacom Revenue Projections | 016402 Willetts 3 | Rules 401, 403 and 802 | Relevant to insolvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807). R. 703 |
| D-7 | 00/00/0000 | Proposed Relationship between DB Groups and Compaq's Covenants | DE 003393 Wood 7 | | |
| D-8 | 00/00/0000 | IBM Floor Plan Side Letter | 01132-01139 | Rules 401, 403 and 802 | Relevant to insolvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 703. Not hearsay. |

1

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-10 | | Deleted | | | |
| D-11 | | Deleted | | | |
| D-12 | | Deleted | | | |
| D-13 | 00/00/0000 | Agenda *May be limited offer or used for impeachment/rebuttal* | DB 013680 - 013681 | | |
| D-14 | 00/00/0000 | Business Record Affidavit of Deutsche Bank, AG New York Branch | | | |
| D-15 | 00/00/0000 | Deleted | | | |
| D-16 | 00/00/0000 | Redacted Arthur Anderson document | | | |
| D-17 | 00/00/0000 | Income Approach | FTI 001054 - 001073 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not state objection to admissibility. No response necessary. R. 703** |
| D-18 | 00/00/0000 | Inacom Corp. Assumptions and Convenants [sic], | HL 00111 - 00113 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not objection to admissibility. No response necessary. R. 703** |
| D-19 | 00/00/0000 | Inacom Projected Financial Statements SG&A Recap | HL 00132 - 136 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not state objection to admissibility. No response necessary. R. 703** |
| D-20 | 00/00/0000 | Deleted | HL 00193 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not state objection to admissibility. No response necessary. R. 703** |
| D-21 | 00/00/0000 | Outsourcing/Agency Agreement between InaCom and Compaq | | | |
| D-22 | | Kevin Edwards email to Mike Baker, et al, subject: "Italy A/R Findings" and attachment | CPQ 2848 - 2849 | | |
| D-23 | 08/10/1994 | Remarketer/Integrator Agreement (Vanstar) | | | |

005005.00189:176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-24 | | Remarketer/Integrator Agreement (Inacom) | | | |
| D-25 | 01/01/1998 | Inacom Corp. Audit Difference Analysis | 00591 | Rules 401, 403 and 802 | Relevant under R. 401, R. 402. No unfair prejudice. R. 803(6).; R. 801(d)(2), R. 807, not hearsay—indep. Legal ~~significance. R. 801, R. 703.~~ |
| D-26 | 12/26/1998 | 10K for fiscal year end December 26, 1998 | | | |
| D-27 | 04/09/1999 | Credit Agreement among Various Lending Institutions, IBM Credit Corp., Banque Nationale De Paris, and Deutsche Bank, AG, New York Branch | HL00506 – HL00782 Wood 1 | | |
| D-28 | | Deleted | | | |
| D-29 | 06/30/1999 | Technology Research Report InaCom (ICO) | HL01785 – HL01791 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703. |
| D-30 | 07/01/1999 | A.G. Edwards Article - InaCom | HL01819 – HL01828 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703. |
| D-31 | | Deleted | | | |
| D-32 | 07/25/1999 | Attachment F Collateral Management Report | DB 014064 Oshlo 11 | Rules 401 and 403 | Relevant under R. 401, R. 402. R. 703. No unfair prejudice |
| D-33 | 09/01/1999 | Inacom Corp 10Q for September 1999 | | | |
| D-34 | | Deleted | | | |
| D-35 | 12/14/1999 | "Inacom Restructures Operations to Drive Growth in eBusiness Infrastructure Management" | HL01153 – HL01156 Gagliardi 8 | | |

3

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-36 | 12/17/1999 | Inacom Bank Presentation | DB 008792 - 008833 | | |
| D-37 | 12/28/1999 | News Article – Inacom Plans to Restructure to Survive | Gagliardi 1 | | |
| D-38 | 12/28/1999 | Inacom Compaq Presentation | DE 002285 - 002301 | | |
| D-39 | 12/29/1999 | Houlihan Lokey Howard & Zukin engagement letter, associated materials, report and presentation | HL 0000 – 00248 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703. |
| D-40 | | 1999 Monthly Financial Statements | ICN 07601 – 07647 | | |
| D-41 | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Statement of Income – Restated 1996-1999 | ICN 00870 | | |
| D-42 | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Margin Analysis – Restated 1996-1999 | ICN 00871 | | |
| D-43 | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Statement of Income 1996-1999 | ICN 05390 | | |
| D-44 | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Margin Analysis –1996-1999 | ICN 05391 | | |
| D-45 | 01/01/2000 | Inacom Corp. Projected Financial Statements – Scenario: Base Case | HL 00133- HL 00135 *HL00170* Dugan 4 Samuelson 7 | | |
| D-46 | | Deleted | | | |
| D-47 | | 2000 Monthly Income Statements | ICN 07578 - | Rules 401, 403 and | Relevant to solvency issue |

4

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-48 | 01/01/2000 | 2000 Calendar & Holiday Schedule | 07600 | 802 | under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807. R. 703 |
| D-49 | 01/02/2000 | Inacom Compaq Presentation | DE 009906 - 009923 | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807. R. 703. |
| D-50 | 01/03/2000 | Memorandum to T. Gahan from J. Stuart re Inacom Amendment for Compaq Purchase of Assets | DE 003219 - 003220 Wood 5 | | |
| D-51 | 01/04/2000 | 8-K January 4, 2000 | 2363 - 2424 | Rules 401 and 403 | Relevant under R. 401, R. 402. No unfair prejudice. R. 801(d)(2), R. 807. R. 703. |
| D-52 | 01/04/2000 | Third Amendment and Waiver | DB 014995 - 015021 00953 - 00974 Fitzpatrick 14 Oshlo 2 Samuelson 1 Wood 2 | | |
| D-53 | 01/04/2000 | Asset Purchase Agreement | 00674-00737 Fitzpatrick 20 | | |
| D-54 | 01/04/2000 | Goldman Sachs Project Rodeo | 016354 - 016378 000095 - 000120 Willetts 1 | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 801(d)(2). R. 703. |

5

006005.00189:176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-55 | 01/04/2000 | InaCom Corp. Executive Officer's Certificate relating to the 01/04/00 Asset Purchase Agreement | 01335 | | |
| D-56 | | Deleted | | | |
| D-57 | 01/19/2000 | **Houlihan Lokey Handwritten Notes** of Conferences 02/01/2000 02/11/1999 | **HL 00264 –** **HL00269** **HL00328 –** **HL00329** Fitzpatrick 23 | | |
| D-58 | 01/19/2000 | Houlihan Lokey – Handwritten Notes of Conferences | HL 00264 - 00336 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703. |
| D-59 | 01/20/2000 | Inacom Credit Report | DE 010301 - 010308 | | |
| D-60 | 02/01/2000 | Inacom Corp. Officer's Certificate w/Ex. A – 'complete and accurate copy of the Pro Forma Financial Statements of the Company. | 01337 – 01344 Gagliardi 6 Krikorian 11 | | |
| D-61 | | Deleted | | | |
| D-62 | 02/10/2000 | Release of Liens (Deutsche Bank to InaCom) | 00998 | | |
| D-63 | 02/14/2000 | White and Case fax and comments of Commitment Letter and Term Sheet | DB 009957 - 009968 | | |
| D-64 | 02/14/2000 | Form 10-K for P/E 12/25/99 | 00128 – 00133 Fitzpatrick 22 | | |

6

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-65 | 02/15/2000 | Fourth Amendment and Waiver | DB 009947 - 009956 | | |
| D-66 | 02/15/2000 | $55.5 Million Dollar Revolving Credit Facility Commitment Letter by Compaq | 00976 – 00993 Fitzpatrick 15 Gagliardi 10 Oshlo 5 Samuelson 2 Wood 3 | | |
| D-67 | | Deleted | | | |
| D-68 | | Deleted | | | |
| D-69 | 02/16/2000 | Form 8-K | 01067 – 01110 Fitzpatrick 18 Wells 10 | | |
| D-70 | | Deleted | 00134 – 00204 Oshlo 3 Samuelson 8 Wells 9 | | |
| D-71 | 02/15/2000 | E-mail to W. Caswell from R. Wood w/handwritten notes re Proposal re Compaq Covenants | DB 009944 – 009946 Wood 8 | | |
| D-72 | | Deleted | | | |
| D-73 | 02/15/2000 | Correspondence from Deutsche Financial Services to C. Mayer Re: Payoff Letter – InaCom Corp. | 01112 – 01113 | | |
| D-74 | 02/15/2000 | Bill of Sale – InaCom & ITY | 01443-01456 | | |
| D-75 | 02/15/2000 | Memo From Deutsche Bank to Inacom Bank Group Subject: 2/15/00 Conference Call with attachments | DE 002353 – 02364 | | |
| D-76 | | Deleted | | | |

7

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-77 | 02/16/2000 | Services, Supply and Sales Agreement between Compaq and InaCom w/Ex. 1: Procurement Services; Ex. 2: Fee Schedule; and **Ex. 3 Rules of Engagement for Field Services; Ex. 4 Operating Accounts; Appendix – List of Agreements** | CA1-CA18 00817-00834 *00753*\* | | |
| D-78 | 02/16/2000 | Separation and Sharing Agreement between Compaq and InaCom w/Ex. 1 Compaq/Inacom Inventories; Ex. 2 Shared Services – Field Finance Ops | 00873-00943 Dugan 6 Oshlo 18 Samuelson 10 | | |
| D-79 | 02/16/2000 | Service Level Agreement with Compaq Computer Corporation | 00836 – 00871 Fitzpatrick 17 | | |
| D-80 | 02/16/2000 | HL Opinion Letter | HL00038 – HL00041 | **Rules 401 and 403** | |
| D-81 | | Deleted | | | |
| D-82 | 02/16/2000 | Funds Flow re Compaq-Inacom Closing | 01429-01433 Gagliardi 11 Oshlo 6 | | **Relevant to solvency issue under R. 401, R. 402. R. 801(d)(2); No unfair prejudice. R. 703.** |
| D-83 | 02/16/2000 | Intercreditor Agreement | Oshlo 17 | | |
| D-84 | 02/16/2000 | First Amendment to Asset Purchase Agreement | IN 00013 - 00015 | | |
| D-85 | 02/16/2000 | Fifth Amendment and Waiver to Agreement for Inventory Financing | 01123 – 01130 | | |
| D-86 | | Deleted | | | |
| D-87 | 02/16/2000 | Willkie Farr & Gallagher Letter to BOD InaCom Corp. and Compaq Re: Asset Purchase Agreement dated | 01310-01316 | | |

8

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-88 | 02/16/2000 | 01/04/00 Richards, Layton & Finger Letter to BOD InaCom Corp. and Compaq | 01318-01328 | Rules 401, 403 and under R. 401, R. 402. No unfair prejudice. R. 803(6). R. 703. No hearsay. | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6). R. 703 |
| D-89 | 02/16/2000 | Assignment and Assumption Agreement between Inacom and Compaq | 01330-01333 | 802 | |
| D-90 | 02/16/2000 | InaCom Corp. Secretary's Certificate w/Ex. A By-Laws of InaCom Corp. and Ex. B BOD Meeting of 01/04/00 | 01346-01358 | | |
| D-91 | 02/16/2000 | ITY Corp. Executive Officer's Certificate | 01360 | | |
| D-92 | 02/16/2000 | ITY Corp. Secretary's Certificate w/Ex.A Bylaws of ITY Corp. and Ex. B ITY Corp. Consent in Lieu of Meeting of the BOD and Asset Purchase Agreement | 01362-01375 | | |
| D-93 | 02/16/2000 | Transfer Agreement between InaCom and ITY | 01376-01427 | | |
| D-94 | | Inacom News – Memo from Gagliardi to Inacom Team Re: Compaq Transaction Close | 01439-01441 Inacom 03752 | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6). R. 801(d)(2), R. 807, R. 803(17), R. 803(18). R. 703 |
| D-95 | | Deleted | | | |
| D-96 | | Deleted | | | |
| D-97 | | Deleted | | | |
| D-98 | | Deleted | | | |

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-99 | 02/26/2000 | Inacom Borrowing Base Certificate | DB 014103 - 014106 Inacom 000160 – 000163 Oshlo 4 Wood 9 | | |
| D-100 | 02/26/2000 | Schedule A-2 Borrowing Base Inventory Period Ending 02/26/00 | ICN 16564 | | |
| D-101 | 02/20/2000 | Board of Directors Meeting Agenda | ICN 01613 - 01637 | | |
| D-102 | 02/28/2000 | Inacom Board of Directors Minutes of Meetings 02/28/2000 102A - 03/17/00 102B - 03/22/00 *The following exhibits may be limited offer for impeachment/ rebuttal.* 102C - 04/26/00 102D - 05/01/00 102E - 05/15/00 102F - 05/22/00 102G - 06/01/00 102H - 06/06/00 102I - 06/08/00 102J - 06/15/00 102K - 06/23/00 102L - 07/06/00 102M - 07/25/00 | ICN 19506 – 19511 | | |

10

000005.00189:176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-103 | 02/28/2000 | Minutes of Meeting of the Inacom Corp. Board of Directors | ICN 19549 – 19555 Gagliardi 9 | | |
| D-104 | 03/02/2000 | 8K | 00134 and 00204 | | |
| D-105 | 03/09/2000 | Inacom's 1998/99 Performance *May be limited offer or used for impeachment/rebuttal* | DE 012444 – 012454 Wood 6 | | |
| D-106 | 03/10/2000 | Letter re Invoice payment due | HL00009-10 Fitzpatrick 19 | | |
| D-107 | 03/14/2000 | John Dugan email to Galen Meysenburg and attachments | INACOM 033898 - 33900 | | |
| D-108 | 03/17/2000 | Inacom News – Memo from Gagliardi to Inacom Team Re: Announcement from G. Gagliardi | Inacom 037534 – 037537 | Rules 401, 403 and 802 | |
| D-109 | 03/24/2000 | Memo to Tom from Dick re Accessing Compaq Revolving Credit Facility | 014001 – 014002; ICN 14296 – 14297 Oslo15 | | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6),R. 801(d)(2), R. 807, R. 803(17), R. 803(18). R. 703 |
| D-110 | 03/24/2000 | Press Release: *Inacom to Restate Prior Periods for Previously Announced Special Charges* | DB 008602 | | |
| D-111 | 03/25/2000 | Inacom Corp and Subsidiaries Financial Statements | ICN 00479 - 00483 Dugan 1 Samuelson 4 | | |
| D-112 | 03/25/2000 | Inacom Corp and Subsidiaries | 00380 – 00382 | | |

11

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-113 | 03/25/2000 | Condensed and Consolidated Balance Sheet (Unaudited) 03/00, March Detail, and Inacom Corp and Subsidiaries Condensed and **Consolidated Balance Sheet (Unaudited) 03/25/99)** | (Second Page different than ICN Bates docs) | | |
| D-114 | 03/25/2000 | Borrowing Base/Non-Default Certificate | **DE 001835 – 001838** Oshlo 7 Wood 10 | | |
| D-114 | 03/29/2000 | Inacom Payments Under Sixth Amendment | **ICN 15843 – 15844** Oshlo 13 | | |
| D-115 | 03/31/2000 | Inacom Corp. Simple Balance Sheet as of 03/31/00 | **ICN 22655 – 22676,** 024494- 024502, 024504- 024515 Dugan 2 Samuelson 5 | | |
| D-116 | | Deleted | | | |
| D-117 | 03/31/2000 | Fifth Amendment and Waiver | **DE 001601 – 001611 DE 010719 -** 010730 Oshlo 19 Wood 24 | | |
| D-118 | 03/31/2000 | Inacom Loan History | **DE 011211** Wood 13 | | |

12

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-119 | 03/31/2000 | Letter to J. Stuart of DB from R. Oshlo re Meeting regarding Inacom developments | DB 012557 – 012558 Wood 16 | | |
| D-120 | | Deleted | | | |
| D-121 | | **Deleted** | | | |
| D-122 | 04/04/2000 | Memo to Tom from Dick re HP Agreement | Inacom–003257 Oshlo 14 | | |
| D-123 | | Deleted | | | |
| D-124 | 04/11/2000 | N. L. Murray e-mail with attachments | INACOM 023470 – 23484 | | |
| D-125 | | Deleted | | | |
| D-126 | | Deleted | | | |
| D-127 | 04/14/2000 | Sixth Amendment and Waiver | DE 010820 – 010833 Oshlo 20 Wood 25 | | |
| D-128 | 04/17/2000 | E-mail from G. Shefrin to M. Cheever re Usage and availability under $225M Revolver | DE 012332 Wood 12 | | |
| D-129 | 04/18/2000 | Inacom News Articles | INACOM 037538, 038050-038057 Gagliardi 13 | | |
| D-130 | 04/18/2000 | Inacom Consolidating Balance Sheet As of March 31, 2000 | 00412 – 00455 | | |
| D-131 | 04/22/2000 | Borrowing Base Certificate | DE 000559 – 000562 Oshlo 8 | | |

13

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-132 | 04/22/2000 | Inacom Corp. and Subsidiaries Financial Statements | Wood 11 ICN 00484 - 00487 | | |
| D-133 | | Deleted | | | |
| D-134 | | Deleted | | | |
| D-135 | | Deleted | | | |
| D-136 | 04/27/2000 | Letter to Inacom T. Fitzpatrick from C. Anderson re improper payment on collections into Inacom's account | DE 000541 Gagliardi 4 Wood 18 | | |
| D-137 | 04/27/2000 | Inacom – Running is everything Bank Presentation | DE 004400 – 004414 Gagliardi 7 | | |
| D-138 | 04/28/2000 | Form Notice of Borrowing | DE 000702 – 000703 Oshlo 21 | | |
| D-139 | | Deleted | | | |
| D-140 | | Deleted | | | |
| D-141 | | Deleted | | | |
| D-142 | 05/01/2000 | Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001073 | | |
| D-143 | 05/01/2000 | Letter to C. Anderson from R. Wood re allegations made by Compaq | DE 000542 Wood 19 | | |
| D-144 | 05/01/2000 | Inacom Compensation Committee | ICN 01527 – 01536 Gagliardi 12 | Rules 401 and 403 | |
| D-145 | 05/02/2000 | R. Wood e-mail to A. Stewart Subject: Inacom Loan Payments with preliminary report | DE 012687 - 012690 | | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807. R. 703 |
| D-146 | | Deleted | | | |

14

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-147 | 05/09/2000 | Correspondence from Deutsche Bank to Gagliardi *May be limited offer or or used for impeachment/rebuttal* | DE 010498 – 010499 | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 801(d)(2), R. 807. R. 703 |
| D-148 | 05/10/2000 | **Treasury Released Checks by Date** | FTI 000752 – 000755 Dugan 9 Horton 6 Oshlo 10 Pearson 1 | | |
| D-149 | | Deleted | | | |
| D-150 | 05/15/2000 | Wavro/Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001057 | | |
| D-151 | 05/24/2000 | Waiver and Agreement | Gagliardi 5 DE 001415 - 001431 | | |
| D-152 | 05/26/2000 | Wood correspondence to Anderson regarding continuation of investigation | DE 002845 | | |
| D-153 | | Deleted | | | |
| D-154 | | Deleted | | | |
| D-155 | 06/06/2000 | Notice of funds misdirected to Lockbox | DE 000106 Wood 21 | | |
| D-156 | 06/07/2000 | Letter confirming misdirected funds have been properly deposited. | DE 000107 Wood 22 | | |
| D-157 | | Deleted | | | |
| D-158 | | Deleted | | | |

15

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-159 | 06/19/2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders *May be limited offer or used for impeachment/rebuttal* | | | |
| D-160 | | Deleted | | | |
| D-161 | | Inacom Projected Financial Statements Proforma Transaction – Balance Sheet, printed 6/23/00, | **INACOM 040606 – 040608** | | |
| D-162 | | Deleted | | | |
| D-163 | 08/09/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – June 2000 Reporting Period | **02106 – 02116** Kirkorian 3 | | |
| D-164 | 08/17/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – July 2000 Reporting Period | **03006 – 03029** Kirkorian 4 | | |
| D-165 | | Deleted | | | |
| D-166 | 09/19/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – August 2000 Reporting Period | **03117 – 03126** Kirkorian 5 | | |
| D-167 | 10/01/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – September 2000 Reporting Period | **03261 – 03270** Kirkorian 6 | | |
| D-168 | | Deleted | | | |
| D-169 | | Deleted | | | |
| D-170 | | Deleted | | | |
| D-171 | | Deleted | | | |
| D-172 | 08/17/2001 | Response of Inacom Corp. to the Compaq Entities' First Set of Interrogatories to Defendants | | | |

16

006005.00189-176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-173 | | Deleted | | | |
| D-174 | 02/04/2002 | Response of Inacom Corp. to the Compaq Entities' Second Set of Interrogatories to Defendants | | | |
| D-175 | 03/02/2002 | Mini-script of T. Fitzpatrick 03/02/02 deposition previously marked as Krikorian 10 with attached Ex. #'s 66, 25, and 30. *May be limited offer or used for impeachment/rebuttal* | Fitzpatrick 10 Krikorian 10 | | |
| D-176 | | Deleted | | | |
| D-177 | | Deleted | | | |
| D-178 | 08/19/2002 | Settlement Agreement between Dell and Inacom | | | |
| D-179 | | Deleted | | **Subject to Motion *in limine*, Rules 401, 403 and 408** | |
| D-180 | 09/13/2002 | Dell/Inacom Invoice and Payment Chart for 1998, 1999 and 2000 | | | |
| D-181 | 01/31/2003 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to Joint Plan of Liquidation *May be limited offer or used for impeachment/rebuttal* | Fitzpatrick 21 | | |
| D-182 | | Deleted | | | |
| D-183 | | Deleted | | | |
| D-184 | | Deleted | | | |
| D-185 | 03/31/2005 | Horton emails and attachments | 00001 – 00086 00001-00033 Horton 7 Horton 8 | | |

17

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-186 | | Deleted | | | |
| D-187 | 05/26/2005 | Letter to C. Anderson re investigation | | | |
| D-188 | | Deleted | | | |
| D-189 | | Deleted | | | |
| D-190 | 04/28/2005 | John LaRocca Expert Report | DE 002845 Wood 23 | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. Will fully respond to motion when received. |
| D-191 | | LaRocca Work Paper | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-192 | | Lason, Inc. Frequency Analysis Before the Preference Period Pgs. 1 - 3 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-193 | | Lason, Inc. Frequency Analysis During the Preference Period Pg. 1 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

18

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-194 | | Lason, Inc. Payments Made Before the Preference Period Pgs. 1 – 17 | | **Subject to Motion _in limine_, Rules 401, 403 and 802** | **Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion** |
| D-195 | | Lason, Inc. Payments Made During the Preference Period Pgs. 1 – 5 | | **Subject to Motion _in limine_, Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-196 | | Lason, Inc. Ordinary Course Preference Analysis Pg. 1 | | **Subject to Motion _in limine_, Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-197 | | Jacom Computer Services, Inc. Frequency Analysis Before the Preference Period Pgs. 1 - 4 | | **Subject to Motion _in limine_, Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-198 | | Jacom Computer Services, Inc. Frequency Analysis During the Preference Period Pgs. 1 - 3 | | **Subject to Motion _in limine_, Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-199 | | Jacom Computer Services, Inc. Payments Made Before the Preference Period Pgs. 1 - 67 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-200 | | Jacom Computer Services, Inc. Payments Made During the Preference Period Pgs. 1 - 10 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion |
| D-201 | | Jacom Computer Services, Inc. Ordinary Course Preference Analysis – 05/06/04 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-202 | | Jacom Computer Services, Inc. Ordinary Course Preference Analysis – 10/13/04 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion |
| D-203 | 04/28/2005 | Stephen Thomas' Expert Report | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

20

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-204 | | MicroAge Pre-Preference Period Analysis | | Rules 401 and 403 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. **R. 1006. Will fully respond to motion when received.** |
| D-205 | | MicroAge Preference Period Analysis | | Rules 401 and 403 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-206 | | Inacom Payments Made Before the Preference Period – Pgs. 1 - 548 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-207 | | Inacom Payments Made During the Preference Period – Pgs. 1 - 22 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-208 | | Inacom Frequency Analysis Before the Preference Period Pgs. 1 – 6 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

21

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-209 | | Inacom Frequency Analysis During the Preference Period Pgs. 1 – 2 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to Dell's defenses under R. 401, R. 402. R. 803(6), R. 807. R. 702, R. 703, R. 704. See Dell's response to Inacom's motion |
| D-210 | | Inacom Ordinary Course Preference Analysis Pgs. 1 – 2 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-211 | | Inacom Total "Unordinary" Invoices Paid during Preference Period Via Check | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-212 | | Inacom Computation of "Unordinary" Portion of Preference Payments Via Check | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-213 | | Inacom Potential Paid New Value | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

22

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-214 | 05/02/2005 | Duff & Phelps, LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | **Subject to Motion *in limine*, Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion.** |
| D-215 | | Deleted | | | |
| D-216 | 06/21/2005 | Inacom Supplemental Report by Sasco Hill Advisors, Inc. | | **Subject to Motion *in limine*, Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received.** |
| D-217 | 07/05/2005 | Duff & Phelps LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | **Subject to Motion *in limine*, Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received.** |
| D-218 | | "Inacom Corp Aggregate Equity Value as of April 22, 2000 ($ in thousands)" on p. 4 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes). | | **Subject to Motion *in limine*, Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received.** |
| D-219 | | Inacom Corp. Historical Revenues (in millions) & Margins" on p. 9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | **Subject to Motion *in limine*, Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received.** |

23

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-220 | | "Historical Service Business Gross Margins" p. 10 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704, R. 1006. **Will fully respond to motion when received.** |
| D-221 | | "Inacom Corp. Historical Profitability (in millions)" p. 11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704, R. 1006. Will fully respond to motion when received. |
| D-222 | | "Information Technology Spending Worldwide (millions of dollars) p. 12 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704, R. 1006. Will fully respond to motion when received. |
| D-223 | | "Inacom Corp. Discounted Cash Flow Analysis ($ in millions" p. 24 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes) (without handwriting). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704, R. 1006. Will fully respond to motion when received. |
| D-224 | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 26 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

24

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-225 | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 27 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion in limine, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-226 | | "Inacom Corp. Projected Normalized EBITDA ($ in millions)" p. 30 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion in limine, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-227 | | "Method 1: Revenues based on the Company's 1999 Service Revenues ($ in millions)" p. 31 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion in limine, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-228 | | "Method 2: Revenues based on the Company's 2000 and 2001 Projections ($ in millions)" p. 32 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion in limine, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-229 | | "Method 3: Based on the Company's results for the 4-week period ending 4/22/00 + Compaq Contracted Sales" p. 33 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion in limine, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

25

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-230 | | "Inacom Corp. Comparable Company Analysis as of April 22, 2000 ($ in thousands)" p. 34 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-231 | | "Information Technology M&A Activity ($ in millions)" p. 36 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807. R. 702, R. 704. See Dell's response to Inacom's motion. |
| D-232 | | "Inacom Corp. Transaction Analysis as of April 22, 2000 ($ in thousands)" p. 37 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-233 | | "Inacom Corp. Enterprise Value Conclusion as of April 22, 2000 (in thousands)" p. 38 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-234 | | "Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands)" p. 39 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-235 | | "Changes in Working Capital (Accounts Receivable) ($ in millions)" (without handwriting) p. 42 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-236 | | "Changes in Working Capital (Account Payable and Debt) ($ in millions)" (without handwriting) p. 44 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-237 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet Provided by the Company April 22, 2000 ( In 000s)" p. 46 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-238 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet With Adjustments To Debt & Equity April 22, 2000 ( In 000s)" p. 47 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

27

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-239 | | "Inacom Corp. and Subsidiaries Fair Market Value Consolidated Balance Sheet April 22, 2000 ( In 000s)" p. 48 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-240 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income – Restated Years Ended December 31, 1996 – 1999 (In 000s)" p. A-1 from from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-241 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis – Restated Years Ended December 31, 1996 – 1999" p. A-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-242 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income Years Ended December 31, 1996 – 1999 (In 000s)" p. A-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

28

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-243 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis Years Ended December 31, 1996 – 1999" p. A-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-244 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet December 31, 1996 – 1999 (In 000s)" p. A-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-245 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Cash Flow Statement Years Ended December 31, 1996 – 1999 (In 000s)" p. A-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-246 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-1 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-247 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-2 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-248 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-3 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-249 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-4 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-250 | | "Inacom Corp. Comparable Public Company Analysis" pp. C-1 – C-11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

30

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-251 | | "Inacom Corp. – Service Business Overview" p. D-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. **R. 1006. Will fully respond to motion when received.** |
| D-252 | | "Comparable Company Analysis" pp. D-2 – D-9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-253 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1999" p. E-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-254 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1999" p. E-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-255 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1999" p. E-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion. |

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-256 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1998" p. E-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine,* Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-257 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1998" p. E-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine,* Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion. |
| D-258 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1998". p. E-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine,* Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-259 | | "Inacom Corp. And Subsidiaries Comparative Consolidated Balance Sheet April 22, 2000 and March 25, 2000 (In 000s)" p. F-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | Subject to Motion *in limine,* Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

32

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-260 | | Standard & Poor's Industry Surveys, Computers: Commercial Services, December 16, 1999. | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-261 | | Delete | | | |
| D-262 | | Slides sent by Inacom Corp. 1/03/00: Transaction Overview, Inacom Pre-Transaction, Post-Transaction, Compaq Fulfillment Agreement, Compaq Service Agreement, Inacom Highlights, Inacom Projected Highlights, Management Team, Financial Statements Balance Sheet, Inacom Projected Financial Statements Income Statement, Inacom Revenue Projections, Inacom Projected Financial Statements Balance Sheet*, Inacom Projected Financial Statements Cash Flow Statement, Changes to Bank Facility, Bates number 016391 – 16405 | HL01584 – HL01629 | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice.R. 803(6), R. 801(d)(2), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-263 | | Prudential Information Technology Services: Monthly Update dtd 1/1/99 | HL01732 – HL01781 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-264 | | DLJ Technology Services Research dtd 2/26/99 | | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |

33

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-265 | | Prudential Information Technology Services: Monthly Update dtd 3/1/99 | HL01630 – HL01649 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-266 | | Prudential Information Technology Services: Weekly Update dtd 3/15/99 | HL01684 – HL01687 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-267 | | Hambrecht & Quist Technology Research Report: Inacom dtd 6/30/99 | HL01782 – HL01794 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-268 | | CSFB Desk Notes: Inacom dtd 8/31/99 | HL01795 – HL01804 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-269 | | Hambrecht & Quist ICO: Y2K-Related Slowing to Moderate Sales and Earnings in Next Two Quarters dtd 10/28/99 | HL01142 – HL01144 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-270 | | Hambrecht & Quist ICO: New Management, New Strategy and Restructuring dtd 12/15/99 | HL01133 – HL01139 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-271 | | PaineWebber PC Outlook: January 2000 dtd 1/10/2000 | HL01258 – HL01440 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-272 | | Prudential PC Hardware/Enterprise/PC Channel/Data Storage dtd 2/8/2000 | HL01178 – HL01255 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-273 | | Dataquest Corporate Strategy and Objectives dtd 8/2/99 | HL01829 – HL01849 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |
| D-274 | | Advest, Inc. ICO: Becoming a Service Company dtd 1/6/2000 | HL01170 – HL.01172 | Subject to Murray Devine & Co. Rebuttal Critique | Inacom does not state objection to admissibility. No response necessary. R. 703 |

006005.00189.176009.02

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-275 | | Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000 for companies with SIC 7371 and SIC 8383 | | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. |
| D-276 | | Risk Management Association Annual Statement Studies: 2000-2001 and 1999-2000 | | Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. |
| D-277 | | | Frasca 8 | Rules 401 and 403 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. |
| D-278 | | Stephen Thomas Curriculum Vitae | Thomas Report | Subject to Motion *in limine* | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-279 | | Richard Whalen, Curriculum Vitae | | Subject to Motion *in limine* | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-280 | | Jason Fensterstock, Curriculum Vitae | | | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

35

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-281 | | Fact Set Mergerstat – Deal Synopsis and Business Descriptions Deal ID" 47646MM. Deal Data: Mergerstat Deal ID: Mergerstat 08/12/2005 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807. R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion. |
| D-282 | | Compilation of Statistics for SIC Code 737. Statistics for SIC Code 7371, 7372, 7373, 7374 Ibbotson Associates. Cost of Capital Yearbook Quarterly Supplement December 2000 and 2004 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-283 | | InaCom Corp COMPARABLE PUBLIC COMPANY ANALYSIS Selections Based on Business Descriptions April 22, 2000 Pgs. 1-3 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401. R. 402. No unfair prejudice. R. 803(6), R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-284 | | Comparable Company Analysis Business Descriptions Pgs. 1 – 2 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807. R. 702, R. 703, R. 704. Will fully respond to motion when received. |

36

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-285 | | Inacom Corp. Comparable Company Analysis Pgs. 1– 12 | | **Subject to Motion** *in limine*, **Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6). R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. See Dell's response to Inacom's motion |
| D-286 | | Inacom - Report's Comparable Transactions and Inacom Report's Comparable Companies. Pgs. 1 – 2 | | **Subject to Motion** *in limine*, **Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6). R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-287 | | Individual Companies Income Statement – Annual Pgs. 1-36 | | **Subject to Motion** *in limine*, **Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807. R. 702, R. 703, R. 704. See Dell's response to Inacom's motion |
| D-288 | | Business Description InaComp Corp. Source: Compustat 04/07/2005 | | **Subject to Motion** *in limine*, **Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6). R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-289 | | Industry Premiums – *Industry Analysis* (W-1) | | **Subject to Motion** *in limine*, **Rules 401, 403 and 802** | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807. R. 702, R. 703, R. 704. See Dell's response to Inacom's motion |

37

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-290 | | Industry Premiums – *Industry Analysis www.mergerstat.com* (79) | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-291 | | FactSet Mergerstat – Premium Report Deal Data Mergerstat. 04/13/2005 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807, R. 702, R. 703, R. 704. Will fully respond to motion when received. |
| D-292 | | Industry Spotlights – *Industry Analysis www.mergerstat.com* (65) | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 803(17), R. 803(18). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-293 | | InaCom Corp. Consolidated Balance Sheet Apr -00 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. R. 803(6), R. 807, R. 702, R. 703, R. 704. See Dell's response to Inacom's motion |

38

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|---|---|---|---|---|---|
| D-294 | | InaCom Corp. Consolidated Balance Sheet Mar -00 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807, R. 801(d)(2). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-295 | | InaCom Corp. Consolidated Balance Sheet Feb -00 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807, R. 801(d)(2). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-296 | | InaCom Corp. Consolidated Balance Sheet Jan -00 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807, R. 801(d)(23). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |
| D-297 | | InaCom Corp. Consolidated Balance Sheet Dec -99 | | Subject to Motion *in limine*, Rules 401, 403 and 802 | Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R.803(6), R. 807, R. 801(d)(2). R. 702, R. 703, R. 704. R. 1006. Will fully respond to motion when received. |

39

| Id. # | Doc. Date | Description | Reference | Plaintiff's Objections | Response |
|-------|-----------|-------------|-----------|------------------------|----------|
| D-298 | | Inacom Corporation Comparative Summary Balance Sheet, Common Size Balance Sheet (% of Total Assets) and Comparative Summary **Income Statement.** | HL 00080 – 00082 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not state objection to admissibility. No response necessary. R. 703** |
| D-299 | | CSFB Inacom: Strong Buy dtd 10/28/99 | HL01146 – HL01152 | **Subject to Murray Devine & Co. Rebuttal Critique** | **Inacom does not state objection to admissibility. No response necessary. R. 703** |
| D-300 | | 8K Mar 00 Compaq Computer Corporation, Exhibit 1 Forecasts of Estimate Revenue by Services Categories | 00160 - 00161 | **Rules 401, 403 and 802** | **Relevant to solvency issue under R. 401, R. 402. No unfair prejudice. R. 803(6), R. 807, R. 801(d)(2). R. 702, R. 703, R. 704. R. 1006.** |

006005.00189.176009.02