# TAB 4

## DELL'S FACT WITNESSES

1. Mr. Michael Keller (will call)
2. Mr. Major Horton (will call)
3. Mr. Steven Thomas (will call)
4. Mr. John LaRocca (will call)
5. Mr. Jason Fensterstock (will call)
6. Mr. Richard Whalen (will call)
7. Elaine Agee (may call)
8. Thomas J. Fitzpatrick (may call)
9. Lazarus Krikorian (may call)
10. Richard C. Oshlo (may call)
11. Gerry A. Gagliardi (may call)
12. Dean Vomero (may call)
13. Francis X. Devine (may call)
14. Michael L. Newsom (may call)
15. Inacom's fact witnesses (may call)
16. Inacom's expert witnesses (to the extent such witnesses are permitted to offer testimony in this matter, may call)
17. Hewlett-Packard Company's fact witnesses (may call)
18. Hewlett-Packard Company's expert witnesses (to the extent such witnesses are permitted to offer testimony in this matter, may call)

006005.00189:175987.02