# TAB 8

## DELL, INC.'s DEPOSITION DESIGNATIONS

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:               ) | |
|               ) | Chapter 11 |
| INACOM CORP., et al.,    ) | |
|               ) | Case No. 00-2426 (PJW) |
|         Debtors.   ) | |

In re:                                    )
                                          )   Chapter 11
INACOM CORP., et al.,                     )
                                          )   Case No. 00-2426 (PJW)
                   Debtors.               )
_____   )
                                          )
INACOM CORP., on behalf of affiliated     )
Debtors,                                  )   Civil Action no. 04-582-GMS
                                          )   Adv. No. 02-3499
                   Plaintiff,             )
                                          )
        v.                                )
                                          )
DELL COMPUTER CORPORATION, et al,         )
                                          )
                   Defendants.            )
_____   )


## DELL, INC.'S DEPOSITION DESIGNATIONS

### JOHN ALAN DUGAN:

| **Page:Line** | **Page:Line** |
|---|---|
| 6:7 – 6:10 | 17:21 – 21:10 |
| 22:19 – 22:25 | 25:22 – 26:10 |
| 28:14 – 29:24 | 35:16 – 36:11 |
| 36:23 – 36:24 | 37:3 – 37:6 |
| 38:5 – 38:13 | 39:2 – 40:2 |
| 46:20 – 48:7 | 48:11 – 48:18 |
| 48:24 – 49:6 | 57:7 – 58:1 |
| 72:3 – 72:17 | 73:4 – 74:21 |
| 75:4 – 75:13; 75:16 | 76:18 – 76:19; 76:22 |
| 76:24 – 78:16 | 79:5 – 79:8 |
| 79:10 – 79:11 | 79:13 – 79:16 |
| 80:15 – 80:22 | 81:6 – 81:8 |
| 83:2 – 84:14 | 87:11 – 87:16 |
| 87:18 – 87:20; 88:5 | 91:22 – 91:25 |
| 92:2 – 93:9 | 95:9 – 96:24 |
| 105:17 – 107:16 | 115:12 – 115:16 |
| 118:15 – 118:19 | 118:24 – 119:20 |

006005.00189:175428.02

## JOHN T. FRASCA:

| Page:Line | Page:Line |
|---|---|
| 8:9 – 8:11 | 8:19 – 9:17 |
| 11:15 – 12:21 | 14:12 – 14:14 |
| 15:2 -- 15:12 | 16:1 – 16:21 |
| 26:25 – 27:4 | 29:18 – 30:2 |
| 31:21 – 32:1 | 32:25 – 33:11 |
| 33:17 – 33:21 | 35:9 – 35:11 |
| 39:5 – 40:4 | 41:15 – 42:3 |
| 42:10 – 42:21 | 43:22 – 44:5 |
| 46:9 – 46:14 | 47:2 – 48:12 |
| 48:15 – 48:16 | 49:19 – 50:1 |
| 50:5 – 50:22 | 53:2 – 53:14 |
| 55:23 – 56:2 | 57:3 – 57:7 |
| 57:9 – 58:16 | 59:5 – 59:20 |
| 59:23 – 60:13 | 66:20 – 68:17 |
| 69:5 – 70:22 | 71:9 -- 71-10 |
| 71:12 – 72:4 | 72:23 – 73:8 |

## LEON KERKMAN:

| Page:Line | Page:Line |
|---|---|
| 6:8 – 6:9 | 11:7 – 11:18 |
| 12:6 – 13:21 | 14:16 – 16:8 |
| 30:25 – 31:16 | 48:24 – 49:9 |
| 56:5-56:19 | 57:11 – 58:8 |
| 60:24 – 61:3 | 63:25 – 64:4 |
| 64:5 – 64:13 | |

## NANCY PEARSON:

| Page:Line | Page:Line |
|---|---|
| 6:8 – 6:10 | 7:12 – 8:10 |
| 10:10 – 11:1 | 11:5 – 11:15 |
| 12:8 – 12:22 | 13:1 – 13:24 |
| 16:16 – 17:20 | 18:2 – 19:1 |
| 19:7 – 19:11 | 19:17 – 19:24 |
| 20:3 – 21:1 | 21:9 – 21:18 |
| 24:15 – 24:20 | 25:1 – 25:3 |
| 25:14 – 25:17 | 25:20 – 25:22 |
| 26:20 – 27:17 | 27:23 – 28:19 |
| 30:3 – 30:11 | 32:17 – 32:21 |
| 34:10 – 34:25 | 40:12 – 40:20 |

**NANCY PEARSON (cont'd.):**

| | |
|---|---|
| 47:1 -- 47:16 | 49:15 – 52:7 |
| 54:19---55:3 | |

**JAY SAMUELSON:**

| **Page:Line** | **Page:Line** |
|---|---|
| 7:8 – 7:10 | 15:5 – 15:12 |
| 15:24 – 16:10 | 17:23 – 18:24 |
| 19:7 – 19:13 | 20:1 – 20:6 |
| 20:14 – 20:21 | 22:3 – 24:21; 25:3 |
| 25:5 – 25:6 | 25:11 – 25:15 |
| 26:11 – 27:4 | 29:8 – 29:11; 29:15 |
| 29:17 – 29:21 | 30:4 – 30:21 |
| 32:9 – 33:11 | 33:14 – 34:5 |
| 34:12 – 34:24 | 35:9 – 36.3 |
| 36:7 – 36:17 | 36:20 – 38:23 |
| 39:1 – 40:4 | 41:12 – 42:11 |
| 43:1 – 45:3 | 44:9 – 45:3 |
| 45:15 – 45:23 | 45:25 – 46:7 |
| 54:9 – 54:13 | 58:19 -- 58:25 |
| 59:3 – 59:19 | 59:21 – 59:24 |
| 60:24 – 61:5 | 61:23 – 62:14 |
| 63:16 – 64:5 | 65:22 – 67:7 |
| 74:12 – 74:16 | 77:13 – 78:1; 78:5 |
| 78:7 – 78:9 | 78:12 – 78:13 |
| 78:18 – 78:22 | 79:9 – 79:18 |
| 79:23 – 80:18 | 80:21 -- 81:8 |
| 81:11 – 83:11 | 83:18 – 83:21 |
| 84:1 – 84:2 | 96:12 – 96:14 |
| 96:22 – 97:3 | 98:5 – 98:24 |
| 99:4 – 100:3 | 100:18 -- 103:5 |
| 104:20 -- 105:2 | 113:2 – 113:15 |

**KAREN WALLINGFORD:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:17 – 6:19 | 14:2 – 15:18 |
| 16:3 – 16:9 | 21:1 – 21:5 |
| 21:15 – 21:16 | 21:18 – 21:20; 21:24 |
| 24:23 – 25:4 | 25:7 -- 25:11 |
| 25:21 – 26:6 | 48:14 – 48:23 |

006005.00189:175428.02

## BEN K. WELLS:

| Page:Line | Page:Line |
|---|---|
| 8:3 – 8:6 | 11:3 -- 11:7 |
| 11:11 – 11:13 | 11:18 – 13:6 |
| 14:2 – 14:15 | 49:18 -- 49:25 |
| 50:6 -- 51:5 | 51:11 – 52:8 |
| 52:12 – 52:17 | 53:1 – 53:25 |
| 54:1 – 54:2 | 54:21 – 55:20 |
| 59:11 – 59:12 | 59:15 – 60:8 |
| 61:6 – 61:8 | 61:14 – 61:22 |
| 63:4 – 63:13 | 66:13 -- 67:1 |
| 66:15 – 67:1 | 67:8 – 69:10 |
| 67:14 – 67:16 | 67:18 – 69:10 |
| 72:20 – 73:9 | 73:10 – 73:25 |
| 74:8 – 74:12 | 74:15 – 74:25 |
| 75:9 – 75:15 | 76:1 – 76:9 |
| 76:15 – 77:3 | |

## SUSAN WILLETTS:

| Page:Line | Page:Line |
|---|---|
| 8:21 – 8:24 | 13:19 – 14:18 |
| 16:22 – 22:1 | 22:10 – 25:1 |
| 26:1 – 26:20 | 27:3 – 27:11 |
| 27:18 – 28:2 | 29:18 – 31:14 |
| 31:18 – 32:5 | 32:13 – 33:12 |
| 34:7 – 34:11 | 36:7 – 38:8 |
| 38:20 – 39:5 | 40:2 – 40:7 |
| 40:9 – 40:11; 40:15 | 40:17 – 41:4 |
| 41:8 – 42:4 | 42:8 – 43:23 |
| 44:6 – 45:4 | 46:12 – 46:19 |
| 47:3 – 48:1 | 48:10 – 49:4 |
| 49:13 – 50:21 | 51:12 – 52:2 |
| 52:13 – 52:24 | 53:1 – 53:8 |
| 53:15 – 53:24 | 54:14 – 55:3 |
| 55:20 – 56:13 | 57:18 – 60:8; 60:11 |
| 60:13 – 63:3 | 63:17 – 64:3 |
| 65:16 – 66:1 | 66:17 – 67:10 |
| 68:2 – 68:5 | 68:17 – 69:5 |
| 74:15 – 77:5 | |

006005.00189:175428.02

**ROBERT M. WOODS:**

| **Page:Line** | **Page:Line** |
|---|---|
| 7:2 – 7:5 | 11:12 – 11:25 |
| 12:2 - 12:9 | 12:20 – 12:25 |
| 13:2 - 13:12 | 13:24 – 13:25 |
| 14:3 – 14:17 | 14:23 – 14:25 |
| 15:2 - 15:14 | 15:16 – 15:25 |
| 16:2 – 16:4 | 16:7 – 16:25 |
| 17:2 – 17:5 | 20:16 – 20:24; 21:2 |
| 21:19 – 21:25 | 22:2 – 22:6 |
| 22:9 – 22:10 | 23:2 – 23:4 |
| 23:7 – 23:14 | 24:24 – 24:25 |
| 25:2 – 25:12 | 25:21 – 25:25 |
| 26:2 – 26:6 | 29:7 – 29:10 |
| 29:14 – 29:25 | 30:2 – 30:4 |
| 32:2 – 32:25 | 33:5 – 33:15 |
| 33:18 – 33:24 | 34:2 – 34:17 |
| 35:7 – 35:19 | 45:20 – 45:25 |
| 46:2 – 46:12 | 46:23 – 46:24 |
| 47:2 – 47:13 | 47:22 – 47:25 |
| 48:2 – 48:6 | 48:10 – 48:13 |
| 48:17 – 48:23 | 50:8 – 50:10 |
| 50:17 – 50:25 | 51:3 – 51:12 |
| 54:12 – 54:25 | 55:2 – 55:3 |
| 58:7 – 58:18 | 59:5 – 59:6 |
| 59:8 – 59:9 | 59:15 – 59:22 |
| 60:2 – 60:25 | 61:2 – 61:4 |
| 61:18 – 61:20 | 61:23 – 61:25 |
| 62:2 – 62:3 | 62:11 – 62:25; 63:2 |
| 63:18 – 63:25 | 64:2 – 64:25 |
| 65:2 – 65:4 | 65:15 – 65:22 |
| 72:23 – 72:25 | 73:2 – 73:4 |
| 73:6 – 73:10 | 73:21 – 73:24 |
| 74:2 – 74:10 | 75:17 – 75:20 |
| 76:23 – 76:25 | 77:2 – 77:24 |
| 78:2 – 78:17 | 78:25 – 79:14 |
| 80:21 – 80:23; 80:25 | 81:2 – 81:3 |
| 81:6 – 81:11 | 81:24 – 81:25 |
| 82:2 – 82:15 | 82:19 – 82:22 |
| 82:24 – 82:25 | 83:2 – 83:6 |
| 83:11 – 83:25 | 84:2 – 84:6 |
| 84:11 – 84:22 | 84:24 – 84:25 |
| 85:2 – 85:3 | 85:5 – 85:25 |
| 86:2 – 86:7 | 86:9 – 86:14 |
| 86:16 – 86:23; 86:25 | 87:2 – 87:11 |

**ROBERT M. WOODS cont'd.:**

| **Page:Line** | **Page:Line** |
|---|---|
| 87:13 –88:6 | 89:19 – 89:25 |
| 90:2 – 90:10 | 90:14 – 90:25 |
| 91:2 – 91:23 | 96:8 – 96:25 |
| 97:2 – 97:8 | 97:10: 97:15 |
| 97:17 – 97:18 | 98:18 – 98:23; 98:25 |
| 107:22 – 107:25 | 108:2 – 108:8 |
| 108:21 – 108:25; 109:3 | 109:18 – 109:20 |
| 109:24 – 109:25 | 110:2 – 110:9 |
| 110:12 – 110:25 | 111:2 – 111:5 |
| 111:21 – 111:25 | 112:2 – 112:14 |
| 112:16 – 112:21 | 112:23 – 112:25 |
| 113:2 – 113:4; 113:6 | 129:4 – 129:20 |
| 129:22 – 129:25 | 130:2 – 130:6 |
| 130:8 – 130:23; 130:25 | 131:2 – 131:9; 131:11 |
| 137:14 – 137:20 | 137:22 – 137:25 |
| 138:2 – 138:5 | 138:20 – 138:25 |
| 139:2 – 139:7 | 139:9 – 139:21 |
| 139:23 – 139:25 | 140:2 – 140:14 |
| 140:16 – 140:21; 140:24 | 141:17 – 141:25 |
| 142:2 – 142:3 | 142:5 – 142:25 |
| 143:2 – 143:4 | 143:6 – 143:11 |

**SCOTT SIMMILINK:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:8—6:10 | 18:13—18:20 |
| 19:2—19:4 | 20:22—21:8 |
| 23:11—23:16 | 35:11—35:20 |
| 35:23—35:24 | |

**NONDAS (NONI) L. VITOLS:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:13 – 6:15 | 7:24 – 8:7 |
| 9:1 – 9:11 | 9:15 – 10:25 |
| 12:21 – 13:7 | 13:24 – 14:3 |

In addition to the foregoing page/line designations, Dell also states the following:

(i) Dell reserves the right to make any counter designations to any designations made by Inacom or by the Hewlett-Packard Company, pursuant to Federal Rule of Civil Procedure 32(a)(4);

(ii) Dell reserves the right to designate depositions or portions thereof of any witness identified by Inacom on Tab 1 hereto as a "will call" that Inacom does not call for live testimony at trial; and

(iii) Dell reserves the right to offer deposition testimony to rebut the testimony offered at trial by any witness(es) called by Inacom or for impeachment purposes.