# TAB 11

## MOTIONS *IN LIMINE*

Plaintiff's Motion In Limine re: Offers to Compromise
Plaintiff's Motion In Limine re: John LaRocca
Plaintiff's Motion In Limine re: Stephen H. Thomas
Plaintiff's Motion In Limine filed by Inacom's counsel at Pachulski Stang re: insolvency experts/cumulative testimony

006005.00189:175987.02