IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INACOM CORP., et al., | ) | |
| | ) | Case No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP., on behalf of affiliated Debtors, | ) | |
| | ) | Civil Action no. 04-582-GMS |
| | ) | Adv. No. 02-3499 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELL COMPUTER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF PLAINTIFF'S JOINDER IN MOTION TO EXCLUDE CUMULATIVE EXPERT TESTIMONY REGARDING INSOLVENCY FILED AGAINST LEXMARK INTERNATIONAL, INC.**

Plaintiff, Debtors, InaCom Corporation and affiliates, through Executive Sounding Board Associates, Inc., Plan Administrator ("Plaintiff"), by and through its undersigned counsel hereby joins in the Motion to Exclude Cumulative Expert Testimony Regarding Insolvency filed by InaCom, Corp., on behalf of affiliated Debtors against Lexmark International, Inc., in Civil Action No. 04-586 (GMS) [Bk.Adv.Case No. 02-3500 (PJW)].

Dated: August 19, 2005

BLANK ROME LLP

_____
Bonnie Glantz Fatell, Esquire (DE No. 3809)
Elio Battista, Jr. (DE No. 3814)
Alisa E. Moen, Esquire (DE No. 4088)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel:  (302) 425-6400
Fax:  (302) 425-6464

119096.01600/40156041v1

- and -

Earl M. Forte, Esquire
Regina Stango Kelbon, Esquire
One Logan Square
Philadelphia, PA 19103
Tel:   (215) 569-5500
Fax:   (215) 569-5555

Attorneys for Plaintiff, Executive Sounding Board Associates, Inc., as Plan Administrator for Debtors

119096.01600/40156041v1

## CERTIFICATE OF SERVICE

I, Alisa E. Moen, hereby certify that on this 19th day of August 2005 I caused a copy of the Notice Of Plaintiff's Joinder In Motion To Exclude Cumulative Expert Testimony Regarding Insolvency Filed Against Lexmark International, Inc. in Civil Action No. 04-586 (GMS) [Bk.Adv.Case No. 02-3500 (PJW)] to be served upon the following counsel in the manner indicated:

**VIA US MAIL AND FACSIMILE**

Sabrina L. Streusand, Esquire
G. James Landon, Esquire
Hughes & Luce, L.L.C.
111 Congress Avenue, Suite 900
Austin, TX 78701

**VIA HAND DELIVERY**

Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1520
P.O. Box 68
Wilmington, DE 19899

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19899

Alisa E. Moen (DE ID No. 4088)

119096.01600/40156041v1