IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., et al., ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| ) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | Civil Action no. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, et al, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE UNDER LOCAL RULE 7.1.1**

I, G. James Landon, hereby certify on this the 22nd day of August, 2005 that I spoke to Elio Battista, counsel for Plaintiff concerning the relief sought in the Motion for Leave to File Dell, Inc.'s Answering Briefs to Plaintiff's Motions in Limine. Mr. Battista indicated that Plaintiff takes no position on Dell, Inc.'s Motion for Leave but that Plaintiff reserves all rights to file any response or objections to any answering briefs filed by Dell, Inc.

    Respectfully submitted,

    By:*/s/ G. James Landon*
       G. James Landon
       Texas State Bar No. 24002445
       Hughes & Luce, L.L.P.
       111 Congress Ave., Suite 900
       Austin, Texas 78701
       512.482.6800
       512.482.6859  Fax

    **ATTORNEYS FOR DELL, INC.**

49756 v1