IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INACOM CORP., et al., | ) | |
| | ) | Case No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP., on behalf of affiliated | ) | |
| Debtors, | ) | Civil Action no. 04-582-GMS |
| | ) | Adv. No. 02-3499 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELL COMPUTER CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING DELL, INC.'S MOTION FOR LEAVE TO FILE ANSWERING BRIEFS TO PLAINTIFF'S MOTIONS IN LIMINE**

Before the Court is Dell, Inc.'s Motion for Leave to File Answering Briefs to Plaintiff's Motions In Limine. Upon review of the Motion and the files in this case, the Court finds that such a Motion should be GRANTED.

IT IS THEREFORE ORDERED that Dell, Inc. is granted leave to file its Answering Brief to Plaintiff's Motion to Exclude Expert Testimony of John LaRocca, and that Dell, Inc. shall file such Answering Brief on or before August 29, 2005;

IT IS FURTHER ORDERED that Dell, Inc. is granted leave to file its Answering Brief to the Motion of Plaintiff's to Exclude Expert Testimony of Stephen H. Thomas, and that such Answering Brief shall be filed on or before August 29, 2005;

IT IS FURTHER ORDERED that Dell, Inc. is granted leave to file its Answering Brief to Plaintiff's Joinder and Motion to Exclude Cumulative Expert Testimony Regarding Insolvency

49755 v1

filed against Lexmark International, Inc., and that such Answering Brief shall be filed on or before September 2, 2005.

Signed on this _____ day of _____, 2005.

                                                                                                  HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE