## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Motion for Leave to File Dell, Inc.'s Answering Briefs to Plaintiff's Motions in Limine was served on this the 23rd day of August, 2005 via CM/ECF e-file and as set forth below:

| | |
|---|---|
| Earl M. Forte, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Elio Battista<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Attorneys for Plaintiff, Inacom Corp.<br>Hand Delivery |
| Andrew Caine<br>Pachulski, Stang, Ziehl, Young<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones<br> & Weintraub, P.C.<br>919 North Market Street, Suite 1600<br>P. O. Box 8705<br>Wilmington, DE  19899-8705 | Attorneys for Plaintiff, Inacom Corp. Hand Delivery |
| Jonathan P. Hersey<br>Bingham McCutchen LLP<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 | Attorneys for Ingram Entertainment, Inc.<br>U.S. Mail |
| Stephen C. Hunt<br>Charles M. Tatelbaum<br>Adorno & Yoss, P.A.<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301 | Attorneys for Tech Data Corporation<br>U.S. Mail |

49758 v1

| | |
|---|---|
| Culver Halliday | |
| Stoll, Keenon & Park, L.L.P. | Attorneys for Lexmark |
| 300 W. Vine Street, Suite 2100 | International |
| Lexington, Kentucky 40507-1801 | U.S. Mail |

/s/  *Kevin A. Guerke*
_____
KEVIN A. GUERKE (DE 4096)
kguerke@svglaw.com

49758 v1