IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INACOM CORP., et al., ) | |
| ) | Case No. 00-2426 (PJW) |
| Debtors. ) | |
| ) | |
| ) | |
| INACOM CORP., on behalf of affiliated ) | |
| Debtors, ) | Civil Action No. 04-582-GMS |
| ) | Adv. No. 02-3499 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL COMPUTER CORPORATION, et al,) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENT TO TAB 5 OF THE FINAL JOINT PRETRIAL ORDER**

Plaintiff, Debtors, InaCom Corporation and affiliates, through Executive Sounding Board Associates, Inc., Plan Administrator ("Plaintiff") files this supplemental page to be included with Tab 5 of the Final Joint Pretrial Order filed on August 15, 2005. This page, attached hereto as Exhibit A, was unintentionally omitted from the Final Joint Pretrial Order.

Date: August 24, 2005

[signature]

Bonnie Glantz Fatell (I.D. No. 3809)
Elio Battista, Jr. (I.D. No. 3814)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel.: (302) 425-6400
Fax: (302) 425-6464

Attorneys for Executive Sounding Board
Associates, Inc., Plan Administrator

119096.01600/40156128v.1

## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, do hereby certify that I am not less than 18 years of age, and that on August 24, 2005, I caused service of the attached *Supplement to Tab 5 of the Final Joint Pretrial Order* to be made on the parties listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

                                       Elio Battista, Jr.

**BY HAND DELIVERY**

Patricia P. McGonigle, Esquire
*Seitz Van Ogtrop & Green, P.A.*
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Sabrina L. Streusand, Esquire
*Hughes Luce LLP*
111 Congress Avenue, Suite 900
Austin, TX 78701