# EXHIBIT B

1       UNITED STATES DISTRICT COURT
               DISTRICT OF DELAWARE
2
        ----------------------------
3   In re:                          )  Chapter 11
                                    )
4   INACOM CORP., et al.,           )  Case No. 00-2426 (PJW)
                                    )
5           Debtors.                )  Jointly Administered
                                    )
6   ----------------------------)
                                    )
7   INACOM CORP.,                   )
                                    )  Civil Action No.
8   On behalf of all affiliated     )    04-582 (GMS)
    Debtors,                        )
9           Plaintiffs,             )
                                    )
10      V.                          )  Adv. Pro. No.
                                    )    02-03499 (PJW)
11  DELL COMPUTER CORPORATION,      )
    Et al.,                         )
12          Defendants.             )
    ----------------------------)
13

14  ********************************************************

15                  ORAL DEPOSITION OF

16                   JOHN LaROCCA

17                   JULY 14, 2005

18  ********************************************************

19

20      ORAL DEPOSITION of JOHN LaROCCA, produced as a
    witness at the instance of the Plaintiffs, and duly
21  sworn, was taken in the above-styled and numbered cause
    on the 14th day of July, 2005, from 9:35 a.m. to 5:09
22  p.m., before David Bateman, RPR, CSR in and for the
    State of Texas, reported by machine shorthand, at the
23  offices of Hughes & Luce, LLP, 111 Congress Avenue,
    Suite 900, Austin, Texas 78701, pursuant to the Federal
24  Rules of Civil Procedure and the provisions stated on
    the record or attached hereto.

25

DISK
ENCLOSED

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:

4        MR. EARL M. FORTE
         Blank Rome, LLP
5        One Logan Square
         18th & Cherry Streets
6        Philadelphia, Pennsylvania 19103-6998
         (215) 569-5618
7

8

9    FOR THE DEFENDANT DELL COMPUTER CORPORATION:

10       MS. SABRINA STREUSAND
         Hughes & Luce, LLP
11       111 Congress Avenue, Suite 900
         Austin, Texas 78701
12       (512) 482-6842

13

14   ALSO PRESENT:

15       MR. STUART GOLLIN (Via Telephone)
             Weiser, LLP
16

17

18

19

20

21

22

23

24

25

INDEX

PAGE

Appearances....................................    2


JOHN LaROCCA

    Examination by Mr. Forte.................    5


Changes and Signature.........................  265

Reporter's Certificate........................  267



EXHIBITS


NO. DESCRIPTION                          PAGE MARKED

1..........................................   12
    LaRocca Report

2..........................................   49
    Thomas Report

3..........................................  119
    Dell Objections & Responses

4..........................................  202
    Gollin Report

5..........................................  245
    Newsom Rebuttal Report

1          <u>EXHIBITS</u> (cont'd)

2

3

<u>NO.</u> <u>DESCRIPTION</u>                                      <u>PAGE MARKED</u>

4

5   6.............................................        249
        One-Page Notes of LaRocca
6
    7.............................................        264
7       E-Mails to Cass from LaRocca

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        JOHN LaROCCA,

2  having been first duly sworn, testified as follows:

3                        EXAMINATION

4  BY MR. FORTE:

5      Q    Mr. LaRocca, have you given a deposition

6  before?

7      A    I have.

8      Q    Do you understand the basic procedure?

9      A    I believe so.

10     Q    All right.  Well, let's go over a few points

11 just to make sure.

12              The court reporter who's sitting at the

13 table will be taking down everything that's said, which

14 means you should try as best you can to speak audibly

15 and not use nods of the head or "uh-huh" or "huh-uh"

16 because the court reporter cannot get that down.

17              Do you understand?

18     A    Yes.

19     Q    Also, the court reporter can only take down

20 one person speaking at a time.  So I'll try not to

21 interrupt you and you try not to interrupt me.  Is that

22 acceptable?

23     A    Yes.

24     Q    And your counsel, Ms. Streusand, who is here

25 today may occasionally interpose an objection.  If she

1  does that, just please wait for her to finish.  And

2  then you can either continue to answer the question or

3  ask for it to be repeated.

4           If at any time you don't understand my

5  question, I am occasionally known to ask ·inartful

6  questions.  Just say you don't understand and I'll try

7  to rephrase it or I'll have the court reporter read it

8  back to you.

9           You understand you're under penalty of

10 perjury today just as if you were in a courtroom?  Do

11 you understand that?

12     A    Yes.

13     Q    All right.  And is there any reason that

14 you're aware of why you cannot proceed with your

15 deposition today?

16     A    No.

17     Q    Could you please state your full name and home

18 address for the record, sir.

19     A    John LaRocca, 13371 East Sorrel Lane,

20 Scottsdale, Arizona 85259.

21     Q    Do you intend to reside in Scottsdale for the

22 indefinite future, sir?

23     A    Yes.

24     Q    And what's your current business address?

25     A    The same.

1    Q    Do you work out of your house?

2    A    I do.

3    Q    My name is Earl Forte.  I work for the law

4 firm of Blank Rome and we represent the plaintiff in

5 this matter, Executive Sounding Board Associates, Inc.,

6 which is the plan administrator under the InaCom

7 liquidating plan.

8            We are representing the interests of the

9 Debtor InaCom Corp. and affiliates as the plaintiff in

10 this preference action against Dell.

11           And when I say "Dell," just to clarify,

12 Dell Computer -- excuse me -- Dell, Inc., formerly

13 known as Dell Computer Corporation, Dell Receivables,

14 LP and Dell Marketing, LP have appeared in the case as

15 defendants.

16           And I will refer to all of them together

17 as Dell for purposes of today.  Do you understand that?

18    A    Yes.

19    Q    Thank you.  What is your basic understanding,

20 Mr. LaRocca, of the nature of this case?

21    A    That it's a preference action for the purpose

22 of determining if the receivables collected during the

23 preference period were collected under normal ordinary

24 course or not.

25    Q    Are you aware of what defenses Dell is

1    A    I was a policy issue manager for Occidental

2  Life Insurance, part of TransAmerica, for two years

3  from '67 to '69, mid of each of those years.  I was a

4  credit manager for Household Finance, assistant credit

5  manager from 1969 to 1970.

6              I was an assistant credit manager for

7  Bayuk, B-A-Y-U-K, Cigars from 1970 through 1972.  And I

8  was a credit and sales manager for Furniture Town from

9  1972 to 1974.

10             In 1974, I was hired by the

11  Hewlett-Packard Company as a credit specialist.  And

12  when I left my studies at LaSalle, it was because I was

13  promoted to move to Washington, DC to run the Eastern

14  United States Leasing and Contracts Administration

15  organization for the Hewlett-Packard Company.

16    Q    Okay.  When did you get your certificate from

17  the Kellogg School?

18    A    I believe that was April of 1977.

19    Q    While you were at HP?

20    A    That's correct.

21    Q    And it states in your report that you have

22  training in credit analysis at Dun & Bradstreet.

23    A    That's true.

24    Q    Can you describe for me what that involved?

25    A    That was a one-year correspondence course.

1   Q   And what was the subject area of that?

2   A   Financial statement analysis.

3   Q   Financial state?

4   A   Statement.

5   Q   Statement analysis?

6   A   Analysis.

7   Q   Balance sheets, profit and loss statements,

8   things of that nature?

9   A   That's correct.

10   Q   And you said you engaged in that program for

11   one year?

12   A   That's right.

13   Q   Where did that physically take place?

14   A   I was at Hewlett-Packard and my offices were

15   in Cupertino, California.

16   Q   So you did it from Cupertino?

17   A   Yes.

18   Q   Your report also states that you have training

19   in credit collection management for Household Finance

20   Company and you briefly mentioned that today.

21          Can you describe for me what kind of

22   training that was?

23   A   That was a one-year program which I completed

24   in five months.  At the time, I was the -- the

25   shortest-term successful candidate for their management

1　training program.

2　　　Q　　Okay.  And could you describe what the program

3　entailed?

4　　　A　　The program entailed consumer credit

5　evaluation, setting credit authorization limits,

6　approving loans, collecting loans, administering

7　delinquency.

8　　　Q　　What kind of loans?

9　　　A　　Consumer loans.

10　　　Q　　Were those mortgages or other kinds of loans?

11　　　A　　Other kinds, auto loans, personal loans,

12　signature loans, some collateralized, some not

13　collateralized.

14　　　Q　　Now you also state in your report that you

15　have training in financial statement analysis from

16　Robert Morris Associates.

17　　　A　　That's correct.

18　　　Q　　Excuse me.  Before we get to that, what were

19　the dates of your training at Household Finance Corp.?

20　　　A　　That would have been the year 1969 through the

21　spring of 1970, so the fall of '69 through the spring

22　of '70.

23　　　Q　　All right.  Now let's get back to Robert

24　Morris Associates.  Could you describe for me the

25　training that you had there in finance statement

1  analysis, please?

2      A     Yes.   Robert Morris Associates trains all the

3  banks in the United States.   That's the -- they're in

4  Philadelphia.   They're the standard for training

5  bankers on how to lend money.

6              They did not typically train commercial

7  industrial credit organizations.   I contracted them

8  proactively in the mid-90s when the banks or -- excuse

9  me -- in the late '80s and mid-90s when the banks began

10  to default my customers.

11             So I was the first company to contract

12  with Robert Morris to come in and train myself and my

13  staff on how banks thought so that we could better

14  understand how banks made decisions and anticipate

15  problems that only bankers could cause.

16      Q     Okay.   What were the dates of your training at

17  Robert Morris?

18             MS. STREUSAND:   Approximately is fine.

19      A     I'm going to have to tell you approximately.

20      Q     (BY MR. FORTE) That's fine.

21      A     It would have been the 1993-to-1994 time

22  frame.

23      Q     Now you also state in your report that you

24  have training in quality management by Rummler-Brache

25  and Hewlett-Packard.   Starting with Rummler-Brache, can

1  you describe for me what that quality management

2  program was?

3      A    Yes.  It's -- it's looking at a process from

4  the way it is and then creating the way it should be.

5  It's every step in the evolution of a business process.

6  And that is now part of Kempner Trego, probably a more

7  familiar name.

8              Rummler-Brache was acquired by them.  And

9  that's probably one of the highest standard groups for

10  quality training in the commercial industrial space,

11  company training.

12     Q    Well, did your training in quality management

13  focus on a particular area?

14     A    Critical thinking and process management

15  methodology.  It was a program that went into many

16  different vernaculars.  It wasn't specific to credit

17  and collections.

18              It was specific to a comprehensive

19  business process, regardless of what the discipline

20  was.

21     Q    Was it a theoretical course?

22     A    Yes.

23     Q    What were the dates of that?

24     A    Again, that was probably 1995.

25     Q    That -- that stopped and started within a

1  calendar year?

2      A    Yes.  That was -- that program lasted less

3  than one month in duration.

4      Q    Now you also did some training in team

5  development with Bentonville Associates. ·

6      A    That's correct.

7      Q    What was that?

8      A    Bentonville Associates is on the location of

9  the Wal-Mart Company.  In 1997, I switched career

10 positions in HP and moved from credit back into a sales

11 and marketing responsibility for the global

12 responsibility for the Pinacor account for

13 Hewlett-Packard.

14           Bentonville Associates facilitated

15 training on how to manage global accounts, building

16 effective relationships at executive levels.  And that

17 was an on-site program in Fayetteville, Arkansas.  It

18 was one week in duration.

19     Q    And what year was that?  You said '97?

20     A    19 -- that was 1997.

21     Q    All right.  Have you described to me all of

22 your formal training as a professional aside from job

23 experience?

24     A    At Hewlett-Packard, in order to maintain

25 yourself from a current standpoint in business

1    processes, HP required each year that you would

2    participate in no less than two structured training

3    programs either externally or internally to

4    Hewlett-Packard.

5            I was with HP for 22 years. Deductively,

6    I participated in probably 40, give or take, different

7    training programs from the salary administration

8    through different process managements and how to

9    effectively communicate with people, how to give

10   presentations, I mean, the normal course of improving

11   and maintaining one's self as a corporate citizen.

12       Q    Have you had any formal training in law or

13   preference law, specifically?

14       A    I've had two business law courses in college.

15   And I've attended seminars and presentations put on by

16   bankruptcy attorneys.

17       Q    Do you recall the principal textbook you used

18   in your business law courses in college?

19       A    I do not.

20            MS. STREUSAND:  Mr. Forte, do you?

21            MR. FORTE:  I didn't take it.

22            MS. STREUSAND:  You didn't take it?

23            MR. FORTE:  But every -- but everybody in

24   the Warden School took it.  And there was a famous

25   textbook that was used all over the country.  I can't

1      Q      -- and Jacom.  And that's all, correct?

2      A      That's right.

3      Q      So there's no data from any of the other

4  resellers you've mentioned?

5      A      No.  All the ones I mentioned were predicated

6  on my years of experience with them and my intimate

7  knowledge of their payment habits.

8      Q      Have you identified for me all of the computer

9  manufacturers and resellers that you've considered in

10 connection with rendering your opinion?

11     A      I rendered my opinion based on my experience.

12 The examples I gave were examples of companies that I

13 would look, as a credit manager, comparative to InaCom

14 from my experience.

15                There were others, but these were of a

16 size and I had enough of a personal relationship with

17 each one of those to look at them comparatively to my

18 personal experience with InaCom.

19     Q      Now in your report in paragraph four, you've

20 outlined your employment background.  And I believe

21 we've reviewed most of that but I don't think all of

22 it.

23                And you state several times in here you

24 were employed at Hewlett-Packard for 22 years.  And I'd

25 like to go through each position you had at HP with a

1  little more detail.

2      A    Okay.

3      Q    Now you state in your report that, for three

4  years, you were the Eastern U.S. Regional Leasing and

5  Contract Manager for HP; is that correct?

6      A    Yes.

7      Q    What were the dates of that position?

8      A    August of 1977 through August of 1980.

9      Q    And what were your job duties and

10  responsibilities in that position for HP?

11      A    To provide sales support in the form of

12  negotiating volume purchase agreements, value-added

13  reseller purchase agreements, offering leasing -- lease

14  finance terms for all product lines of Hewlett-Packard

15  overwhelmingly computer products, negotiating the

16  contracts that I mentioned a moment ago for all

17  disciplines of Hewlett-Packard.

18            Overwhelmingly, over 85 percent was in

19  computer products.  But HP was in seven businesses at

20  the time.

21            MR. FORTE:  Excuse me.

22            THE WITNESS:  God bless you.

23      Q    (BY MR. FORTE) Were you involved in setting

24  invoice payment terms?

25      A    I was involved in enforcing invoice payment

```
 1  right?
 2              MR. FORTE:  Yes.  And keep it on mute
 3  because, otherwise, there's this blowing sound that's
 4  distracting.
 5              MR. GOLLIN:  Okay.  I -- I will call you
 6  back in.  I'm going to get off and call you back in.
 7              MR. FORTE:  Thank you.
 8              MR. GOLLIN:  Okay.
 9      Q    (BY MR. FORTE) All right.  Now after you were
10  in commercial sales at HP for one year -- and I assume
11  that was in 1980 and 1981.
12      A    That's right.  It was from the summer of '80
13  through the spring of '81.
14      Q    You spent two years in computer lease
15  marketing; is that correct?
16      A    And contracts, yes.
17      Q    What did that involve?
18      A    I was the global leasing manager for the
19  Hewlett-Packard computer business in Cupertino,
20  California.  And it involved recruiting and training
21  sales finance and contract representatives in North
22  America, Canada and Western Europe.
23      Q    And I assume, when you say global, you mean
24  worldwide.
25      A    Yes.
```

1    Q    Okay.

2    A    At that -- at that time, the overwhelming

3 business was North America and Western Europe.  It's

4 since changed.  But this was a worldwide or global

5 position.  But the focus of my activity were on those

6 two geographies.

7    Q    And then you spent 12 years in Global American

8 Credit Management; is that right?

9    A    Well, I left Hewlett-Packard for two years.

10 When I came back, I came back as a Hewlett-Packard

11 senior credit manager with different titles for years.

12              (Brief recess)

13    Q    (BY MR. FORTE) You just stated before the

14 short break, Mr. LaRocca, that you left Hewlett-Packard

15 for two years.  What did you do during the two years?

16    A    I was recruited by a company called Phoenix

17 Leasing in Mill Valley, Marin County, California as

18 vice-president of lease marketing for private-label

19 manufacturer leasing program sales.

20    Q    What kind of gear was involved?

21    A    Primarily computer but also telecom and

22 medical and fabrication equipment.

23    Q    Did you leave Hewlett-Packard on good terms?

24    A    Yes.  I was recruited back.  I was asked not

25 to leave twice.

1    Q    And you came back and were there for 12 more

2  years?

3    A    I was there for 13 more years, 12 in credit.

4    Q    What was the one year?

5    A    The last year I became the global or worldwide

6  relationship sales marketing manager for the

7  MicroAge/Pinacor relationship in Phoenix, Arizona,

8  Tempe, Arizona for Hewlett-Packard.

9    Q    And could you describe for me your duties and

10  responsibilities in the 12-year job at HP that you just

11  mentioned?

12    A    My responsibilities were for enforcing credit

13  terms, extending credit, customer relationships,

14  collecting money, applying cash, forecasting cash

15  availability so the treasurer wouldn't have to borrow

16  it, and building systems and tools to anticipate the

17  growth requirements of a multinational credit

18  organization.

19    Q    Did you interface with resellers in that job?

20    A    Although my responsibility was companywide for

21  all business units, on average, 75 percent of my time

22  was spent in the domestic and international commercial

23  reseller computer channel.

24           The reason for that is that, when you

25  look at HP's annual report for the last better part of

1  a decade, companies -- public companies are required to

2  report concentrations of credit risk.  Our

3  concentrations of credit facilities was the highest in

4  the commercial reseller channel.

5          And our concentrations of risk was the

6  highest in the commercial channel.  So I spent a

7  proportionate amount of my time, which was

8  three-quarters of it, managing those relationships.

9      Q    And you worked at Hewlett-Packard until 1997;

10  is that correct?

11      A    As the credit manager.  I worked at

12  Hewlett-Packard until 1998, April the 30th.

13      Q    Okay.  So the year 1997 to 1998, you were a

14  head of the MicroAge/Pinacor relationship?

15      A    That's correct.

16      Q    And that's what you were doing exclusively at

17  that time?

18      A    Overwhelmingly.  I was still being -- helping

19  in the transition of the credit organization.  I was

20  called back by the treasurer on a number of occasions

21  and by customers.  But I was being paid to be the sales

22  manager for the MicroAge/Pinacor relationship.

23      Q    Were you in Cupertino at the time you left

24  Hewlett-Packard?

25      A    No.  I was at -- my office was in Phoenix,

1  Arizona.

2      Q     You moved to Phoenix for that last year?

3      A     I did, but I already had a home there.  So I'm

4  a California/Arizona resident.  But I -- I physically

5  moved my family there.  They started -- my kids went to

6  school in Arizona that year.

7      Q     All right.  Why did you leave Hewlett-Packard?

8      A     I was recruited by Tokai Financial Services.

9  From August of 1997, their ambition was to take Tokai

10 public.  And in March of 1998, they sent me an offer

11 that I couldn't refuse.

12            And it gave me the opportunity to return

13 back to Philadelphia, where the majority of my family

14 resides.  So it was very attractive.

15     Q     What was the business of Tokai at that time?

16     A     It -- at the time, it was predominantly a

17 small-ticket, private-label lessor for manufacturers

18 and resellers of computer technology and computer

19 peripheral equipment, such as printers, overwhelmingly

20 for offshore manufacturers but not exclusively,

21 predominantly Japanese manufacturing companies.

22     Q     Was Tokai a Japanese-owned company?

23     A     It was.

24     Q     And what exactly was your title at Tokai?

25     A     Initially when I was recruited, I was

1 vice-president of operations for the small business --

2 of the small-ticket leasing business unit.

3             Almost immediately upon my arrival, I was

4 asked to participate with the CIO because there was

5 expense management and delivery management problems in

6 building new generations of computer systems.  Within

7 60 days, my job functions changed.

8             And 90 days after I started, I was

9 promoted to senior vice-president of information

10 systems and operations and the CIO was part of my

11 staff.

12    Q    What was your -- what were your job duties as

13 senior vice-president?

14             MR. GOLLIN:  Hi, this is Stu.  I'm back

15 again.

16             MR. FORTE:  Okay.  Thanks, Stuart.

17             MR. GOLLIN:  I'm going on mute.

18             MR. FORTE:  Okay.

19    A    My job duties were the operational

20 relationships between the sales organization and the

21 customers from every aspect from the initial

22 application for a lease through the process review,

23 credit approval, booking of that lease up to, but not

24 including, the funding of the transaction -- that was

25 taken care of by the controllership -- and then the

1  management of the lease transaction through the life of

2  the lease, its two-three-four- to five-year term, the

3  collections, and then the renewal of leases or the

4  re-marketing of off-rent equipment.

5            In addition to those responsibilities --

6  that's what my responsibilities when I joined Tokai

7  were -- was added the responsibilities of quality and

8  information systems to get us to the point where we

9  would be positioned for an IPO.

10     Q    (BY MR. FORTE) An initial public offering, for

11  the record?

12     A    Yes.  There was perceived to be large

13  deficiencies in the operational integrity of the

14  organization by the underwriters of the anticipated

15  IPO.  And that's why I was recruited or why my position

16  was put out there and I was the person they recruited

17  to fill that position.

18     Q    What were the deficiencies?

19            MS. STREUSAND:  At Tokai?

20            MR. FORTE:  Yeah.

21     A    As the chairman from Japan, when he

22  interviewed me after my 60th day there, said to me --

23  and this sums it up very well.  I think at Tokai we can

24  sell anything and manage very little.

25            And that was a direct quote.  And I --

1    and if I briefly expound on that, is that we were very

2    good at marketing, convincing manufacturers and

3    resellers that they should do business with Tokai.  But

4    there was not a integrated process of what expectations

5    did you set for the customer and what could you

6    deliver.

7          And my role was to explain to customers

8    and to the sales organization that we could do

9    anything, but we couldn't do everything, that we needed

10   to define a contiguous process that could be measured

11   and reported on to increase customer satisfaction and

12   make the underwriters satisfied that they could take

13   the IPO forward.

14        Q    (BY MR. FORTE) Did the IPO ever occur?

15        A    It did not.  In November of the year that I

16   worked for them, November of 1998, Don Campbell was

17   asked at Thanksgiving to go to Nagoya, Japan to the

18   headquarters of the parent bank, Tokai bank.

19          He was told, but he was not able to share

20   it with us until the business day after Christmas with

21   the executive committee, which I was a member of,

22   five-person executive committee, that the Japanese had

23   determined, after further evaluation that, if they did

24   an IPO, they could raise X dollars.

25          But if they sold the company, they could

1  you've just described, did you begin working again?

2      A     I was recruited by Allied Signal.  I think the

3  words of their treasurer were "you're too young to be

4  retired."  I wasn't retired.  I needed a job.

5           Allied Signal was merging with Honeywell

6  and they had overlapping treasury operations, credit

7  and collections operations.  I was recruited with one

8  other person, another consultant, to help them

9  efficientize their treasury services and credit

10 collections on a global basis.

11     Q     How long were you paid by De Lage Landen after

12 you left?

13     A     Well, I was paid immediately at my choice for

14 the next three years.

15     Q     So until about 2002?

16     A     Yes.

17     Q     Were you hired as an employee of Allied

18 Signal?

19     A     No, consultant.

20     Q     Consultant?  And what was the purpose of your

21 consulting?

22     A     It was to facilitate review of their

23 overlapping business activities between Allied Signal

24 and Honeywell and help them come to the best decisions

25 possible to efficiently merge those two organizations.

1              The objective was to save 10 million

2   dollars over a 24-month period.  I was only engaged for

3   90 to 120 days.  They exceeded that 10 million dollars

4   anticipated savings.

5       Q    Okay.  So you were in that consulting position

6   with Allied Signal for 90 to 120 days?

7       A    Yes, sir.

8       Q    That was in?

9       A    October through January -- October of '99

10  through January -- no, excuse me.  I said '99.  Yeah.

11  Just getting my dates right.

12              MS. STREUSAND:  I think you can

13  approximate.

14      A    Yeah.  October '99 through January 2000.

15      Q    (BY MR. FORTE) And what did you do after you

16  finished the consulting work with Allied Signal and

17  Honeywell?

18      A    As I was wrapping that up, I received a call

19  from Gateway Computers.  And they had been a company

20  that sold specifically to consumers and now were

21  getting into the commercial reseller channel

22  distribution business and didn't know how to do it.

23              Instead of extending two and $10,000

24  credit facilities, they were now being asked to extend

25  five million and $10 million credit facilities.  And

1  there was disconnects between their selling

2  organization and their credit organization had no

3  experience.

4           I was contracted to go do an on-site

5  review of their -- at their headquarters in South

6  Dakota of their current business practices and make

7  recommendations and which resulted in creating a

8  commercial credit policy for Gateway Computers.

9           And that was done from December of '99, I

10  was engaged, until it was completed at the end of March

11  of 2000.

12    Q    All right.  Did you go from the Gateway

13  consulting job to LeasingX?

14    A    I did.

15    Q    What did you do at LeasingX?

16    A    I was again consulted in April of 2000 by

17  Gateway Computer.  They were involved in evaluating a

18  start-up company by the name of LeasingX and looking to

19  put a financial investment in LeasingX.

20           LeasingX was purported -- it was started

21  in fall of 1990 -- fall of 1999.  And their ambition

22  was to create a commercial auction platform for

23  computer equipment leases.

24           Before Gateway would invest in it, they

25  asked me to go to New York and evaluate the business

1  plan of the principals and talk to the principals and

2  give them my opinion.  I did that and I met with them

3  in April.

4           In fact, I met with them at 30th Street

5  Station, Philadelphia in my initial meeting.  And

6  through April and early May, I gave Gateway a written

7  report on my opinion.

8           At the end of May, Gateway came back,

9  along with the people at LeasingX, and said, "We'd like

10 to offer you the position of vice-president of

11 operations for LeasingX," which I accepted.

12          And on or about the 1st of July, they

13 offered me the president position for LeasingX, which I

14 accepted.  And I stayed in that capacity through

15 January 1st of 2001.

16 Q     Why did you leave LeasingX?

17 A     They ran out of money.  They ran out of it

18 before I left, but the impact of the devastation that

19 took place on 9/11 stopped -- as I talked to a VP of

20 sales for Hewlett-Packard in November, he said, "John,

21 if we didn't have orders to replenish data centers that

22 were destroyed in New York City, we would have

23 absolutely no orders for computer systems as I'm

24 talking to you today.  Nobody's buying anything."

25          And the order flow went away.  And it was

1   modestly financed through venture capitalists.  And the

2   payment stopped, so I gave my notice and I left.

3       Q    And starting in 2001, you started working with

4   Quote To Cash Solutions; is that correct?

5       A    Yes.  Three other gentlemen and myself started

6   Quote To Cash Consulting, which is now called Quote To

7   Cash Solutions.

8       Q    For the record, what is the business of Quote

9   To Cash Solutions?

10              THE WITNESS:  I'm 56 years old.  Would

11  you mind if I read it, because I could leave something

12  out?

13              MR. FORTE:  All right.

14              THE WITNESS:  This will -- I thought

15  about it last night how I could concisely say this.

16              MR. FORTE:  Okay.  Just to let the record

17  reflect, the witness is reading from a piece of paper

18  he has pulled out of his pocket.

19      A    Quote To Cash Solutions focuses on delivering

20  quality solutions that improve companies' and financial

21  institutions' cash flows, operational efficiency,

22  customer retention and satisfaction.

23              Each Q2C practitioner brings more than 25

24  years global, financial and credit process management

25  experience in a variety of industries.  As senior

```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
 2
      -------------------------------
 3    In re:                         ) Chapter 11
                                     )
 4    INACOM CORP., et al.,          ) Case No. 00-2426 (PJW)
                                     )
 5           Debtors.                ) Jointly Administered
                                     )
 6    ---------------------------)
                                     )
 7    INACOM CORP.,                  )
                                     ) Civil Action No.
 8    On behalf of all affiliated    )    04-582 (GMS)
      Debtors,                       )
 9           Plaintiffs,             )
                                     )
10       V.                          ) Adv. Pro. No.
                                     )    02-03499 (PJW)
11    DELL COMPUTER CORPORATION,     )
      Et al.,                        )
12           Defendants.             )
      ---------------------------)
13

14

15            REPORTER'S CERTIFICATE OF FILING

16               ORAL DEPOSITION OF

17                  JOHN LaROCCA

18              TAKEN JULY 14, 2005

19

20

21        I, DAVID BATEMAN, Certified Shorthand Reporter

22   for the State of Texas, hereby certify to the

23   following:

24        That the witness, JOHN LaROCCA, was duly sworn

25   by the officer and that the transcript of the oral
```

1    deposition is a true record of the testimony given by

2    the witness;

3        That the deposition transcript was submitted

4    on _____, 2005 to Ms. Sabrina Streusand, attorney

5    for Defendant Dell Computer Corporation, for

6    examination, signature and return to

7    _____ by _____, 2005;

8        That $_____ is the deposition officer's

9    charges to Plaintiff, Executive Sounding Board

10   Associates, Inc. on behalf of Debtors, for preparing

11   the original deposition transcript and any copies of

12   the exhibits;

13       That pursuant to information given to the

14   deposition officer at the time said testimony was

15   taken, the following includes counsel for all parties

16   of record:

17      FOR THE PLAINTIFFS:

18          MR. EARL M. FORTE
            Blank Rome, LLP
19          One Logan Square
            18th & Cherry Streets
20          Philadelphia, Pennsylvania 19103-6998
            (215) 569-5618
21

22      FOR THE DEFENDANT DELL COMPUTER CORPORATION:

23          MS. SABRINA STREUSAND
            Hughes & Luce, LLP
24          111 Congress Avenue, Suite 900
            Austin, Texas 78701
25          (512) 482-6842

1          I further certify that I am neither counsel

2   for, related to, nor employed by any of the parties or

3   attorneys in the action in which this proceeding was

4   taken, and further that I am not financially or

5   otherwise interested in the outcome of the action.

6          Certified to by me this 20th day of July,

7   2005.

8

9

10

11

12

13   _____

14   David Bateman, RPR, Texas CSR #7578
     Expiration Date:  12/31/05
15   FREDERICKS-CARROLL REPORTING
     Firm Registration No. 82
16   7719 Wood Hollow Drive, Suite 156
     Austin, Texas 78731
17   (512) 477-9911

18

19

20

21

22

23

24

25

**A**

aberration 183:13
188:24 240:23 241:3
242:7
abilities 154:17 256:3
ability 105:18
able 19:8 77:19 167:21
169:8 176:23 183:3
230:4 233:25
above-styled 1:21
absence 155:24
absolute 188:13,15
absolutely 13:22 35:4
83:23 131:1 151:22
164:24 196:2
Accenture 221:24
accept 261:15
acceptability 100:2
116:14
acceptable 5:22
accepted 83:11,14
230:7
accomplish 105:20
account 33:12 156:2
159:9 164:5 189:6,19
189:19 210:4 212:25
233:7 247:5 261:22
accountants 141:17
accounting 26:15,16,17
accounts 33:15 53:3
85:2 100:4,5 101:10
103:6 110:18 116:2,3
116:4 137:10 158:12
159:22,25 160:1
189:3 203:23 209:9
211:7 216:22,23
231:1 232:2,2,10,11
232:14,20 233:4,6,24
233:24 234:5,6
235:14,14 236:25
accruing 257:20
accuracy 205:2,4 209:3
accurate 37:4 126:21
127:11 143:4 187:21
189:11 213:7,8 230:7
accurately 14:7 234:13
234:14
achieve 256:20
achieved 220:25
256:17
achieves 256:21
acknowledged 266:14
acquire 116:19
acquired 32:8 61:3
acquiring 116:24
acquisition 24:7
acronym 51:12
acted 90:6
action 1:7 7:10,21 39:1
39:2 40:15 91:9 96:6
96:25 260:8 267:7

269:3,5
actions 38:13 45:17
91:8 97:15
active 143:5
actively 62:11
activities 80:23
activity 53:6 71:5
103:16,17
actual 21:16 209:9
210:17 251:22
add 111:15 131:23
179:14 230:14
234:18 243:20
added 76:7 234:2
adding 57:16
addition 24:11 76:5
85:9 88:17 100:3
197:4 235:2 237:21
additional 54:24 90:23
91:3 196:10
additionally 57:15
address 6:18,24
addressed 42:3
addresses 8:8 65:24
adequate 102:6
administered 1:5 10:22
267:5
administering 30:6
administration 28:14
34:7
administrator 7:6
admission 119:10
adopting 172:23
Adv 1:10 267:10
advance 119:4 127:22
133:15 154:7 189:18
advanced 169:24
advertising 166:23
advice 190:9
advisement 37:20
92:12
adviser 225:15
advisory 99:17,19
117:3 144:10 225:10
225:17 226:23
affairs 13:5,25 17:10
172:14
affect 94:8,22
affidavit 57:12,14
affidavits 36:23,24
affiliate 60:16
affiliated 1:8 267:8
affiliates 7:9
affiliation 208:11
affix 265:25
aftermath 151:24
age 191:22
agendas 100:17
agents 88:12,25 89:5
89:22 90:1
aggressive 162:23

163:15 242:3
aging 149:13 178:21,23
226:25 259:19
260:14
ago 44:11 51:11 67:16
98:7,8 151:18 201:14
225:19 234:4 249:25
250:21
agree 17:2 18:17 19:6
148:25 206:7 207:4
208:20 222:4 233:21
agreed 20:2 24:22
25:11,12 105:25
121:14 261:15
agreed-to 158:17
167:15
agreement 24:24 39:5
68:11 164:8
agreements 67:12,13
68:4,7
ahead 16:2 22:15
128:20,21 131:24
166:6 243:18
al 1:4,11 187:6 193:14
267:4,11
alibi 149:20 158:25
alibis 150:2
alignment 85:6
aligns 87:7
alleging 41:13,14
Allen 88:3
Allied 80:2,5,17,23
81:6,16 103:20
alludes 51:12
alternative 227:19
alternatives 85:7
ambition 74:9 82:21
amended 121:14
America 70:22 71:3
208:7,8,21 219:1
American 71:7 103:12
103:13 142:18
amount 73:7 139:20
176:19 219:19 233:8
amounts 123:19 141:25
178:5
Analog 239:7
analyses 141:21 195:3
analysis 17:25 28:22
29:2,5,6 30:15 31:1
46:4,5,8 48:1 94:9,22
116:3 121:18,19
122:2,8,17,20 123:2
124:2,3,6 125:17
126:23 138:9 172:24
178:14 187:6,18,20
191:10 192:8,17
194:15 238:4
analytical 126:23
analyze 183:15 206:5,8
206:23

analyzed 223:11
analyzing 217:21
and/or 45:6 157:18
170:11 208:7 233:10
Angeles 162:14
annotated 195:19
annual 51:7 52:1 68:6
68:10 72:25 156:16
216:11,13 219:22
229:18 252:18
255:18
annually 100:6 155:25
anonymous 225:24
another's 63:22
answer 6:2 11:4,5,12
14:7,11 22:25 42:8
87:19 97:9 101:14
117:24 130:23 138:4
140:1 152:6 170:14
171:5 189:2 193:24
234:12,14 247:24
answered 64:18 170:21
229:22 239:14
answering 248:1
answers 119:24 136:23
216:24 217:10
234:23 243:25
answer's 131:21
antecedently 103:21
anticipate 31:14 72:16
106:6,7 129:12
135:23 176:11
237:25
anticipated 76:14 78:7
78:8 81:4 99:25
anybody 115:16,19
anymore 227:16
Anything's 182:25
apart 15:19 182:7,8,8
apologize 22:10 63:7
135:6 180:5 245:6
apparently 211:15
appear 141:22 194:9
Appearances 3:4
appeared 7:14 50:25
266:11
appears 50:14 101:25
119:22 122:17
139:13 180:13,15_ .
184:24 187:17,22
192:10,21 194:1,5
211:6,13 258:5
262:18
Apple 64:24
apples-to-apples 261:1
applicable 175:5 211:8
application 75:22
applied 189:6 190:7
192:12 239:7
apply 123:21 190:1,3,9
applying 72:14

appreciate 149:4 218:9
247:2
approach 106:13
appropriate 41:17
223:23 224:24
230:16 252:16
appropriately 10:21
-129:23 189:6 190:10
approval 62:9 75:23
approving 30:6
approximate 81:13
approximately 21:11
21:20 31:18,19 37:2
89:22 90:10,24
151:15 179:18 197:7
197:17 203:22 210:3
215:22
April 28:18 46:23 47:9
48:8,25 49:19 56:18
56:20 73:12 79:24
82:16 83:3,6 137:22
203:2 258:13,15
262:16 263:2,2,10
AR 254:25 261:5,21
area 27:22 29:1 32:13
38:18 91:19 100:4
131:10,19 136:17
213:9 238:18
areas 17:3 52:24
argumentive 107:12
Arizona 6:20 57:1 72:7
72:8 74:1,6
Arkansas 33:17
arm 224:15 238:25
arranged 161:5
arrangements 151:3
arrival 75:3
art 85:16
artful 11:10
artfully-asked 63:6
articles 52:21,23,24
articulate 107:4
ascertain 41:16
aside 11:6 33:22
asked 36:5 49:14 50:17
58:19 71:24 75:4
77:17 79:8 81:24
82:25 101:17 107:22
107:24 115:9,10,19
118:1,3 123:21
126:24 140:11
144:19 146:2,4,10
161:11 170:5,6,21
171:3,4,18 181:24
197:1 198:12,25
205:21 206:4 226:7
228:13,22 231:15,19
231:21,24 232:2,5
234:16,22 237:23
244:1 245:22,23,25
247:11

Page 2

**asking** 12:1,13 17:8
  18:19 25:12,13 35:19
  38:14 39:12,13
  105:13 115:18 119:3
  153:7 157:16 186:2
  189:25 210:16 231:5
  231:7,16 245:25
  248:13 249:24
  251:18 259:24
  260:13 261:9
**aspect** 75:21
**asserting** 8:1
**assess** 156:13
**asset** 150:15 156:22
**assets** 111:22,23 112:7
  112:15,15,20
**assignment** 206:1
**assist** 125:20 205:21
**assistant** 28:4,6
**associate** 88:16
**associates** 7:5 30:16,24
  31:2 33:5,8,14 88:12
  88:12,14 89:1 222:9
  268:10
**association** 51:6 52:1
  100:21,24
**assume** 21:5 24:1 42:9
  61:11,16 70:10,23
  98:2,9,15 119:23
  120:14,17 121:7,15
  144:4,21 157:21
  168:2 172:9 192:24
  211:21 234:9,10
  252:15
**assumed** 127:11
**assuming** 129:15,17
  191:3
**assumption** 140:18
**as-needed** 89:10
**Atlanta** 95:22
**ATM** 239:5
**attached** 1:24 46:24
  47:16 48:9,12 55:8
  65:8,21,23 138:13,23
  175:18,22 204:17,22
**attachment** 138:22
**attachments** 49:20,24
**attempted** 98:20
**attendance** 153:11
**attended** 34:15
**attention** 61:9
**attorney** 43:13 141:18
  268:4
**attorneys** 34:16 51:20
  269:3
**attractive** 74:14
**AT&T** 221:23
**auction** 82:22 116:19
**audibly** 5:14
**audited** 113:19 114:22
**August** 67:8,8 74:9

243:4
**Austin** 1:23 2:11
  268:24 269:16
**authored** 52:4,22
**authorization** 30:5
**authorize** 153:7
**auto** 30:11
**availability** 35:20 43:2
  72:15 165:14
**available** 36:6 63:24
  113:23 169:5 170:15
  170:16,18 197:2
  198:12 217:16
  219:20 227:14,20
**Avenue** 1:23 2:10
  268:24
**average** 24:23 42:23,24
  72:21 148:23 186:20
  188:5,6 212:16
  216:15 261:5
**award** 220:9
**aware** 6:14 7:25 8:2,19
  9:9,13 48:11 62:16
  62:19,21,22,25
  168:23 223:3
**a.m** 1:21 22:18,18
  39:24,24 49:12,12
  58:14,14

———————
          **B**
———————
**B** 9:25 13:12 16:14,24
  17:25 18:1,3,13
  172:15
**back** 6:8 17:18 21:24
  24:16,21 30:23 33:10
  39:10,23 56:15 69:8
  69:25 70:6,6 71:10
  71:10,24 72:1 73:20
  74:13 75:14 83:8
  86:2 134:19 149:3
  155:21 170:14
  173:18 175:16 176:5
  176:11 181:15 194:7
  202:23 204:9 220:16
  229:20 242:5 244:8
  244:19 250:23
  251:13 257:15
**background** 26:2 46:5
  66:20 115:4 235:5
**backgrounds** 89:2
**backup** 232:5
**back-end** 86:4
**bad** 106:8 159:1 199:3
  227:15
**balance** 29:7 68:23
  165:23 195:10
**balances** 155:5 163:24
  188:22 189:4
**bank** 69:3 77:18,18
  78:17 106:15 163:3,4
  163:4,6,13 164:5

166:11
**banker** 106:14
**bankers** 31:5,15 163:8
**bankrupt** 40:5 220:22
  241:9,22
**bankruptcies** 54:25
**bankruptcy** 9:11 18:20
  34:16 38:9,11,16
  40:10,11,19,25 41:2
  42:4 51:20 62:17
  85:10 95:19 96:3
  97:15 168:1,7,10,24
  169:17 178:18,19
  205:22 208:2,6
  219:13 223:5 239:18
  241:4
**banks** 31:3,8,9,13,14
  163:14
**bank's** 166:14
**base** 201:12 219:14
**based** 13:2 18:16 40:21
  44:17 53:8 54:15
  63:25 65:4 66:11
  87:1,4 89:15 98:15
  105:18 111:14
  126:17 137:13
  154:17 172:12
  173:23 175:17
  178:10 180:10,18
  199:8 200:13 201:4
  202:2 210:15 234:23
  238:18
**basic** 5:8 7:19
**basically** 131:16
  172:23
**basing** 141:25 172:20
  172:21,24 173:3
**basis** 64:15 80:10 89:10
  102:8 105:24
**Bateman** 1:22 267:21
  269:14
**Bayuk** 28:7 99:10,12
  99:13
**bear** 132:11
**becoming** 238:23
**began** 21:16 24:14 31:9
  53:24 56:17 59:3
  62:8 226:12,24 227:6
**beginning** 11:1 55:3
  57:13 99:21 124:20
  188:4 241:20
**begins** 85:23 125:14
  205:10 207:22 228:1
**begun** 227:18
**behalf** 1:8 37:11 68:6
  91:7 100:18,19
  102:11 220:17
  238:23 267:8 268:10
**behavior** 38:24 54:13
  63:22 109:14 111:17
  113:2 155:7 156:6

162:5,20 166:17
  225:20
**behaviors** 154:15
  229:25
**believe** 5:9 9:17 10:8
  10:21 12:5 13:10
  15:5,15 20:23 28:18
  43:21 45:2,5 46:14
  47:15 50:12 54:23
  55:9 57:7,15 60:10
  61:25 66:20 90:5
  92:2,6 95:24 96:17
  104:14 120:20
  121:21 125:14,14
  127:21 131:14
  140:20 141:16,24
  168:15 177:14 180:8
  188:8 205:7 208:23
  211:23 212:24 213:7
  217:19 219:4,6,12
  220:24 235:24
  249:11 260:22
  262:14
**believing** 243:23
**Bell** 222:10
**belts** 241:1
**benefit** 96:4 117:25
**Bentonville** 33:5,8,14
**Beretz** 88:4
**best** 5:14 8:7 37:14,25
  57:11,17 80:24 100:4
  109:6 131:18 138:19
  227:9 238:19 261:4
  261:13
**bet** 149:8,10
**better** 31:13 72:25
  100:2 116:10 117:7
  128:2,4 163:14
  232:23 239:13
**beyond** 14:19 58:20
  158:3 167:15
**Bible** 35:6
**bigger** 220:15
**bill** 212:21
**billion** 219:25 220:6,7
**bills** 21:5,6 175:5
  230:18 231:11
  232:10,11,15
**binder** 48:23 192:7
  193:13
**BIR** 251:23 252:1,8
**BIRs** 251:19,19
**bit** 53:13 63:5 86:6
  103:2 107:20 136:1
  175:19 180:18
  193:12 211:5 216:4
  227:13 243:13
**bite** 207:19
**black** 125:10,12 129:6
  129:9 130:5
**blank** 2:4 7:4 251:6

268:18
**bless** 67:22
**blooper** 79:17
**blowing** 70:3
**board** 7:5 254:11 268:9
**bonus** 79:1
**book** 35:3 139:1
**booking** 75:23
**books** 24:16 257:15
**bore** 107:3
**borrow** 72:15 166:14
  212:11,12
**borrowing** 106:15
  226:2
**borrowings** 163:25
**bottom** 125:9 149:16
  157:13 192:23
**bought** 226:15
**boutique** 59:23
**Bradstreet** 28:22 68:24
  99:17,19,25 100:19
  117:3 225:16,22,25
  226:4 227:1 250:2
  251:20
**Bradstreet's** 103:22
  144:10
**Brazil** 108:12
**break** 14:14 19:15 49:9
  62:12 69:23 71:14
  87:23 102:16 111:18
  164:23 244:7
**breakfast** 101:14
**breaking** 255:13,15
**brief** 39:9 68:16 71:12
  147:19
**briefly** 29:20 77:1
**bring** 38:13 89:15
  100:12 106:1,1 107:7
**bringing** 40:15
**brings** 84:23
**broad** 239:13
**broader** 10:24
**broken** 109:4
**brought** 39:2 88:15
  198:24
**bucket** 178:23 179:1
  182:1 183:5,6 185:2
  185:7 262:1,2,3
**buckets** 178:21 182:12
  259:22 262:5
**build** 106:12
**building** 33:15 72:16
  75:6 108:25
**build-up** 228:14
**bullets** 130:24
**business** 6:24 8:9,13
  9:1,5,11,16,24 10:2,5
  10:13,14 11:10 12:7
  13:4,7,25 14:2,3
  17:10,13 22:7 23:1
  23:13 32:5,19 33:25