# EXHIBIT "A"

## SCHEDULE 3

### Telecom Companies

|  | Total Rec'd # | Dollar Amount $ | % within Terms | Slow 1-30 % | Slow 31-60 % | Slow 61-90 % | Slow 91+ % |
|---|---|---|---|---|---|---|---|
| Sprint | 743 | 27,740,950 | 54.80% | 16.80% | 5.40% | 2.00% | 20.90% |
| Cisco | 520 | 88,248,700 | 88.70% | 8.00% | 1.50% | 1.30% | 0.50% |
| NII Holding | 49 | 1,433,200 | 31.30% | 32.80% | 2.50% | 8.30% | 25.10% |
| Bell South | 119 | 1,894,400 | 27.00% | 40.40% | 31.20% | 0.30% | 1.00% |
| AT & T | 824 | 64,991,300 | 58.70% | 34.40% | 1.50% | 2.60% | 2.70% |
| Comcast | 101 | 1,421,700 | 50.10% | 44.30% | 4.90% | 0.40% | 0.30% |
| Cox | 638 | 14,240,150 | 64.40% | 23.30% | 8.20% | 3.60% | 0.50% |
| **Total** | **2994** | **199,970,400** | | | | | |
| **Average** | **428** | **28,567,200** | **54%** | **29%** | **8%** | **3%** | **7%** |

### Computer Hardware Companies

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Compaq Computer | 476 | 73,922,150 | 68.40% | 22.20% | 4.70% | 0.30% | 4.50% |
| Ikon | 842 | 13,872,200 | 60.00% | 28.20% | 4.70% | 2.70% | 4.40% |
| Hewlett Packard | 18 | 240,550 | 49.30% | 0.30% | 0.00% | 45.80% | 4.50% |
| Allin | 21 | 20,150 | 60.20% | 38.80% | 0.00% | 0.70% | 0.30% |
| Dell | 301 | 119,136,450 | 69.50% | 21.90% | 8.10% | 0.30% | 0.20% |
| Tech Express | 18 | 12,550 | 79.70% | 11.90% | 5.00% | 3.00% | 0.40% |
| Resilien | 61 | 1,151,250 | 90.80% | 7.70% | 1.10% | 0.30% | 0.10% |
| Synnex | 214 | 65,194,250 | 94.50% | 3.30% | 1.40% | 0.10% | 0.70% |
| Cummins | 190 | 1,173,000 | 76.20% | 17.20% | 4.70% | 1.40% | 0.40% |
| Unisys | 650 | 18,070,650 | 65.60% | 24.00% | 4.00% | 3.60% | 2.70% |
| Philips | 839 | 31,737,900 | 71.10% | 17.20% | 7.60% | 2.10% | 2.00% |
| Aqua | 30 | 2,315,200 | 79.60% | 20.30% | 0.00% | 0.00% | 0.00% |
| Origin Micro | 15 | 67,100 | 60.70% | 39.30% | 0.00% | 0.00% | 0.00% |
| Sun Micro | 354 | 26,418,100 | 81.80% | 14.70% | 2.40% | 0.90% | 0.30% |
| Lexmark | 203 | 14,319,200 | 44.90% | 51.60% | 1.90% | 1.20% | 0.40% |
| Tech Data | 228 | 77,574,300 | 88.70% | 8.70% | 2.10% | 0.20% | 0.10% |
| Advanced micro devices | 326 | 21,955,350 | 64.50% | 23.90% | 4.20% | 2.60% | 4.80% |
| Affiliated Computers | 468 | 14,247,700 | 52.30% | 17.40% | 19.00% | 4.00% | 7.40% |

9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Analog Devices | 416 | 4,471,200 | 86.30% | 9.60% | 2.40% | 1.20% | 0.50% |
| Applied Materials | 353 | 25,248,750 | 62.90% | 28.00% | 5.60% | 1.60% | 2.00% |
| Diebold | 627 | 6,077,750 | 76.50% | 16.40% | 4.10% | 2.20% | 0.80% |
| Gateway | 31 | 93,650 | 85.50% | 14.50% | 0.00% | 0.00% | 0.00% |
| IBM | 830 | 98,057,700 | 60.00% | 21.00% | 7.00% | 4.00% | 8.00% |
| Total | 7511 | 615,377,100 | | | | | |
| Average | 327 | 26,755,526 | 71% | 20% | 4% | 3% | 2% |

## Computer Software Companies

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Comp. Merchant | 29 | 724,500 | 84.70% | 11.10% | 3.50% | 0.70% | 0.00% |
| Ingram | 354 | 134,456,100 | 80.00% | 12.70% | 5.30% | 1.80% | 0.20% |
| Adobe | 100 | 1,857,450 | 62.40% | 18.00% | 12.90% | 0.00% | 6.70% |
| BMC Software | 164 | 4,046,600 | 87.40% | 3.10% | 0.90% | 7.70% | 1.00% |
| Electronic Arts | 100 | 6,219,650 | 91.10% | 7.80% | 5.00% | 7.00% | 0.00% |
| EMC Corp. | 388 | 26,905,450 | 83.50% | 11.30% | 3.70% | 0.90% | 0.50% |
| Fidelity Information Services | 29 | 107,650 | 78.80% | 6.00% | 5.90% | 1.20% | 8.00% |
| Spin Circuit | 29 | 107,650 | 79.00% | 6.00% | 6.00% | 1.00% | 8.00% |
| Total | 1193 | 174,425,050 | | | | | |
| Average | 149 | 21,803,131 | 81% | 10% | 5% | 3% | 3% |