## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, do hereby certify that I am not less than 18 years of age, and that on August 29, 2005, I caused service of the attached *Plaintiff's Opposition to Defendant's Motion to Exclude the Expert Testimony and Report of Stuart A. Gollin* to be made on the parties listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Elio Battista, Jr.

**BY HAND DELIVERY**

Patricia P. McGonigle, Esquire
*Seitz Van Ogtrop & Green, P.A.*
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Sabrina L. Streusand, Esquire
*Hughes Luce LLP*
111 Congress Avenue, Suite 900
Austin, TX 78701