# HUGHES·LUCE LLP
### ATTORNEYS AND COUNSELORS

111 Congress Avenue, Suite 900
Austin, Texas 78701
(512)482-6800
512.482.6859 (fax)

October 14, 2005

hughesluce.com

G. James Landon
512.482.6880
landonj@hughesluce.com

Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

Re:   Re: C.A. No. 04-582 (GMS); Inacom Corp., et al., Debtor, Inacom Corp. on Behalf of all Affiliated Debtors v. Dell Computer Corporation, et al.; In the United States District Court of Delaware

Dear Judge Sleet:

Defendant, Dell, Inc. and Plaintiff, Inacom Corp./Executive Sounding Board Associates, Inc. have settled all disputes and controversies between them at issue in Cause No. 04-582, subject only to final documentation. Accordingly, Dell, Inc. respectfully requests that it be excused from appearing for trial on October 17, 2005.

Thank you. If you have any questions or comments, please feel free to contact me at your convenience.

Sincerely,

G. James Landon

Patricia P. McGonigle
DE Bar No.: 3126

cc:   Earl Forte, Esq.
      Counsel for Inacom

      Sabrina L. Streusand, Esq. (Firm)

006005.00189:178307.01