UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| InaCom Corp., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-582 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| Dell Computer Corporation, | ) | |
| | ) | Adversary Case No. 02-03499 |
| Defendant. | ) | Bankruptcy Case No. 00-2426 PJW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Inacom Corp. and affiliated Debtors, by and through Executive Sounding Board Associates, Inc., the Plan Administrator, and Defendant, Dell, Inc. (f/k/a Dell Computer Corporation), subject to the terms of the Settlement Agreement entered into between them dated October 12, 2005, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1),

119096.01600/21448649v.1

that the above-captioned adversary proceeding is dismissed with prejudice.

Dated: December 12, 2005

BLANK ROME LLP

By: *(signature)*
Bonnie G. Fatell (DE No. 3809)
Jason W. Staib (DE No. 3779)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400

- and -

Earl M. Forte (Pa. No. 48979)
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500

Attorneys for Plaintiff, Inacom Corp. and affiliated Debtors, through Executive Sounding Board Associates, Inc., Plan Administrator

Dated: December 16, 2005

SEITZ, VAN OGTROP & GREEN, P.A.

By: *(signature)*
Patricia P. McGonigle (DE No. 3126)
222 Delaware Avenue, Suite 1520
P.O. Box 68
Wilmington, DE 19899
Tel: (302) 888-0600

- and -

HUGHES & LUCE, L.L.P.
Sabrina L. Streusand
H. Robert Powell
G. James Landon
111 Congress Boulevard, Suite 900
Austin, TX 78701

Attorneys for Dell, Inc., f/k/a Dell Computer Corporation

119096.01600/21448649v.1